| GENERAL SERVICES ADMINISTRATION<br>PUBLIC BUILDINGS SERVICE<br>LEASE AMENDMENT | LEASE AMENDMENT: P00005<br>TO LEASE NO: VA261-13-L-0027 |
|---|---|
| | ADDRESS OF PREMISES:<br>440 N 1st St, San Jose, CA, 95112 |

**THIS AMENDMENT** is made and entered into between Scott Layne Goodsell

whose address is: 440 N 1st St, Suite 100, San Jose, CA 95112
hereinafter called the Lessor, and the **UNITED STATES OF AMERICA**, hereinafter called the Government:

**WHEREAS**, the parties hereto desire to amend the above Lease.

NOW THEREFORE, these parties for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, covenant and agree that the said Lease is amended, effective April 24, 2015 as follows:

1. **REVISED RENT SCHEDULE**

   The following rent schedule supersedes the rent schedule made a part of Lease Amendment P00004:

   | Period | Monthly Rent | Annual Rent | Monthly Parking | Annual Parking | Total Monthly Rent | Total Annual Rent |
   |---|---|---|---|---|---|---|
   | 3/11/15-3/31/15 | $4,812.90 | $4,812.90 | | $354.84 | $5,167.74 | $5,167.74 |
   | 4/1/15-2/28/16 | $7,460.00 | $82,060.00 | $550.00 | $6,050.00 | $8,010.00 | $88,110.00 |
   | 3/1/16-2/28/17 | $7,460.00 | $89,520.00 | $550.00 | $6,600.00 | $8,010.00 | $96,120.00 |
   | 3/1/17-2/28/18 | $7,460.00 | $89,520.00 | $550.00 | $6,600.00 | $8,010.00 | $96,120.00 |
   | 3/1/18-2/28/19 | $7,460.00 | $89,520.00 | $550.00 | $6,600.00 | $8,010.00 | $96,120.00 |
   | 3/1/19-2/28/20 | $7,460.00 | $89,520.00 | $550.00 | $6,600.00 | $8,010.00 | $96,120.00 |
   | 3/1/20-2/28/21 | $8,952.00 | $107,424.00 | $660.00 | $7,920.00 | $9,612.00 | $115,344.00 |
   | 3/1/21-2/28/22 | $8,952.00 | $107,424.00 | $660.00 | $7,920.00 | $9,612.00 | $115,344.00 |
   | 3/1/22-2/28/23 | $8,952.00 | $107,424.00 | $660.00 | $7,920.00 | $9,612.00 | $115,344.00 |
   | 3/1/23-2/28/24 | $8,952.00 | $107,424.00 | $660.00 | $7,920.00 | $9,612.00 | $115,344.00 |
   | 3/1/24-2/28/25 | $8,952.00 | $107,424.00 | $660.00 | $7,920.00 | $9,612.00 | $115,344.00 |
   | 3/1/25-3/10/25 | $2,647.10 | $2,647.10 | | $195.16 | $2,842.26 | $2,842.26 |
   | | | Total Rent | | | | $1,057,320.00 |

2. This Lease Amendment is made to clarify the rent schedule and is a no-cost action.

This Lease Amendment contains one (1 pages, not including attachments.

All other terms and conditions of the lease shall remain in force and effect.
IN WITNESS WHEREOF, the parties subscribed their names as of the below date.

FOR THE LESSOR:

Signature: _[signature]_
Name: Scott Goodsell
Title: Owner
Entity Name: _____
Date: 28 APR 15

FOR THE GOVERNMENT:

Signature: _____
Name: Jerzy Brozyna
Title: Contracting Officer
Department of Veteran Affairs
Date: _____

WITNESSED FOR THE LESSOR BY:

Signature: _[signature]_
Name: William Healy
Title: _____
Date: 4/28/15