DEPARTMENT OF THE VETERAN AFFAIRS
PALO ALTO HEALTH CARE SYSTEM
3801 MIRANDA AVENUE
PALO ALTO, CALIFORNIA 94304



*In Reply Refer to: 640/NCO 21*

January 23, 2017

Scott Goodsell
440 North First Street; Suite 100
San Jose, CA 95112

Subject: San Jose Vet Center Located at 440 North First Street; San Jose, CA 95112
Notice of Lease Termination: Lease Number VA261-13-L-0027

Dear Mr. Goodsell,

This is to inform you that, effective January 26, 2017, the Government will vacate the premises located at 440 North First Street; San Jose, CA 95112, thus terminating Lease Number VA261-13-L-0027.

Please note that the Government will not pay rent for use of the subject space beyond the aforementioned effective date. Rent for the month of January 2017 shall be prorated and paid in arrears.

During the Government's remaining period of occupancy, you shall not:

1. Impede the Government's move in any way
2. Harass or threaten, either physically or verbally, Government personnel and/or patients
3. Interfere in the Government's full use and enjoyment of the premises during the remainder of its occupancy

Please be advised that local and/or Veterans Affairs (VA) police will be contacted should you elect to engage in any of the above actions.

Prior to vacancy, the Government will thoroughly document the condition of the space and complete the terminal condition survey. Your cooperation with this process would be appreciated and you will be contacted by me when it is complete.

Should you have any questions or concerns, please feel free to contact me directly at jerzy.brozyna@va.gov or 650-493-5000 x 62090.

Sincerely,

Jerzy Brozyna
Contracting Officer