ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SCOTT GOODSELL, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-171 C |
| | ) | Senior Judge E. Bruggink |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of _____Steven C. Hough_____, as attorney of record

for the United States.  Service of all papers by opposing parties should be addressed as follows:

Steven C. Hough
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044

STEVEN C. HOUGH
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 507-6030
Facsimile:  (202) 514-7969

Email: Steven.C.Hough@usdoj.gov

Dated: February 24 , 2017

RECEIVED - USCFC

FEB 2 4 2017

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 24th day of ___February, 2017___, I

caused to be placed in the United States mail (first-class, postage prepaid), copies of a "NOTICE

OF APPEARANCE" addressed as follows:

SCOTT GOODSELL
440 North 1st Street
Suite 100
San Jose, CA 95112