# In the United States Court of Federal Claims

No. 17-171 C

Filed: May 1, 2017

| | |
|---|---|
| **SCOTT GOODSELL,** | |
| v. | **NOTICE OF REASSIGNMENT TO:** |
| **UNITED STATES OF AMERICA.** | **Senior Judge Robert H. Hodges, Jr.** |

    Pursuant to Rule 40.1 (c) of the Rules of the United States Court of Federal Claims, this case has been reassigned to the above judge.

 

_____

Acting Clerk of Court