# United States Court of Federal Claims

No. 17-171 C
May 9, 2017

**FILED**
MAY - 9 2017
U.S. COURT OF
FEDERAL CLAIMS

**SCOTT GOODSELL,**

    *Plaintiff,*

v.

**THE UNITED STATES,**

    *Defendant.*

## ORDER

The captioned case has been transferred to this court for prompt resolution. We will be available to the parties at any time to consider issues that may arise in connection with pending motions, settlement discussions, or other matters of concern or interest.

David Litvak is the clerk to whom this case has been assigned. He is thoroughly familiar with the Record and with issues related to its status. If counsel have questions or comments about scheduling or other pending matters, they may reach him jointly by telephone at 202-357-6508. The parties may request a hearing or a telephone conference with the court through my Judicial Assistant, Susan Mack, at the same number. We are available at any time that is convenient to all concerned.

Plaintiff and defendant are entitled to a final ruling from this court at the earliest possible date. Anything that we can do to facilitate this goal is available to the parties; we assume a similar level of cooperation and assistance from counsel.

**IT IS SO ORDERED.**

Robert H. Hodges, Jr.
Senior Judge