

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED

SEP 14 2017
U.S. COURT OF
FEDERAL CLAIMS

SCOTT GOODSELL,                          )
                                         )
              Plaintiff                  )
                                         )
vs                                       )
                                         )
THE UNITED STATES OF AMERICA,            )    Case No. 17-171C
                                         )    Judge: Hon. Robert H. Hodges, Jr.
              Defendant                  )
_____  )

## DECLARATION OF SCOTT GOODSELL
### (San Jose Veterans Center Lease No. VA261-13-L-0027)

I, Scott Goodsell, say:

1.      I am Plaintiff in this action.  I submit this declaration in compliance with this Court's September 11, 2017 Order.  If called as a witness, I would competently testify as follows:

2.      Attached hereto as Exhibit A is a true and correct copy of the May 14, 2014 email which I received from Contracting Officer John Paul Niega with "the fully executed lease" for my records, together with the attachment designated C01-SJVC Lease-Signed.pdf.  The additional documents referenced in Lease sec. 1.07 were not attached to the signed Lease received.

3.      Attached hereto as Exhibit 1 is a true and correct copy of Lease Amendment P0001.

-1-

Received - USCFC

SEP 14 2017



Case 1:17-cv-00171-RHH Document 14 Filed 09/14/17 Page 2 of 45

4.    Attached hereto as Exhibit 2 is a true and correct copy of Lease Amendment P0002.

5.    Attached hereto as Exhibit 3 is a true and correct copy of Lease Amendment P0003.

6.    Attached hereto as Exhibit 4 is a true and correct copy of Lease Amendment P0004.

7.    Attached hereto as Exhibit 5 is a true and correct copy of Lease Amendment P0005.  Defendant VA did not execute this Lease Amendment.


I declare under penalty of perjury that the foregoing is true and correct.  This declaration was executed on September 13, 2017, at San Jose, California.

Scott Goodsell
440 N. First Street, Suite 100
San Jose, California  95112
tel. (408) 295-9555
fax (408) 295-6606

-2-

## Scott Goodsell

| | |
|---|---|
| **From:** | "Niega, John Paul O. VHAREN" <JohnPaul.Niega@va.gov> |
| **Date:** | Wednesday, May 14, 2014 7:40 PM |
| **To:** | "Scott Goodsell" <sgoodsell@campeaulaw.com> |
| **Attach:** | C01-SJVC Lease- Signed.pdf |
| **Subject:** | Re: SJ Vet Center- Signed Lease |

Hi Scott,

Attached please find the fully executed lease for your records. Let me know if you have any q's.

Thanks,

JP
**John Paul Niega, MBA**
Contract Specialist
Department of Veteran Affairs, NCO 21
975 Kirman Avenue
Reno, NV 89502
O: 775.785.7158
C: 775.335.6430
E: johnpaul.niega@va.gov

Mission - Lead the acquisition enterprise to contracting excellence
Vision - Reshape the acquisition function to support our customers through the effective and innovative use of contracting policy, procedures, and processes
Goals - "Integrity, Commitment, Advocacy, Respect, and Excellence (I CARE) – these are our goals"
INTEGRITY, COMMITMENT, ADVOCACY, RESPECT, AND EXCELLENCE – these are our goals." As our client, please take a few moments and let us know how we did by completing the attached SURVEY.

---

**From:** Scott Goodsell [mailto:sgoodsell@campeaulaw.com]
**Sent:** Monday, May 12, 2014 8:46 AM
**To:** Niega, John Paul O. VHAREN
**Subject:** [EXTERNAL] Re: SJ Vet Center- Lessor Account Payment Set Up

I will get that started.

Have you sent me a VA-signed copy of the final Lease?  Not received yet.

**From:** Niega, John Paul O. VHAREN
**Sent:** Sunday, May 11, 2014 1:24 PM
**To:** sgoodsell@campeaulaw.com
**Cc:** Brozyna, Jerzy M.
**Subject:** SJ Vet Center- Lessor Account Payment Set Up

Hi Scott,

I would to start the process in getting the Lessor entity set up as a payee in the VA Austin Payment Center system.

As of January 28th, 2013, the VA has transitioned over to an electronic invoicing system. Attached are

documents that will assist you in setting up your account along with some FAQs. I would suggest setting up your account before build out is complete to avoid delays in payment. As we get closer to build out completion, I will give you further instructions on the invoicing process to ensure that you get paid quickly.

Please also note that the VA Austin Payment Center is separate from the local VA, so there may be some instances where you may have to contact them directly if payment issues cannot be resolved at the local level.

Let me know if you have any further questions at this point.

Thanks,

JP
**John Paul Niega, MBA**
Contract Specialist
Network Contracting Office 21 (NCO 21)
975 Kirman Avenue
Reno, NV 89502
P: 775.785.7158
F: 775.784.7964
C: 775.335.6430
E: johnpaul.niega@va.gov

**INTEGRITY, COMMITMENT, ADVOCACY, RESPECT, AND EXCELLENCE – these are our goals." As our client, please take a few moments and let us know how we did by completing the attached SURVEY.**

## LEASE NO. VA261-13-L-0027

Simplified Lease
GSA FORM L201A (October 2012)

This Lease is made and entered into between

Scott Layne Goodsell

(Lessor), whose principal place of business address is 440 N 1st St, Suite, 100, San Jose, CA 95112 and whose interest in the Property described herein is that of Fee Owner, and

The United States of America

(Government), acting by and through the designated representative of the General Services Administration (GSA), upon the terms and conditions set forth herein.

Witnesseth: The parties hereto, for the consideration hereinafter mentioned, covenant and agree as follows:

Lessor hereby leases to the Government the Premises described herein, being all or a portion of the Property located at

440 N 1st St, San Jose, CA 95112

and more fully described in Section 1, together with rights to the use of parking and other areas as set forth herein, to be used for such purposes as determined by GSA.

### LEASE TERM

To Have and To Hold the said Premises with their appurtenances for the term beginning upon acceptance of the Premises as required by this Lease and continuing for a period of

10 Years, 5 Years Firm,

subject to termination and renewal rights as may be hereinafter set forth.  The commencement date of this Lease, estimated to be October 1, 2014, along with any applicable termination and renewal rights, shall be more specifically be set forth in a Lease Amendment upon substantial completion and acceptance of the Space by the Government.

In Witness Whereof, the parties to this Lease evidence their agreement to all terms and conditions set forth herein by their signatures below, to be effective as of the date of delivery of the fully executed Lease to the Lessor.

FOR THE LESSOR:

Name: _____ Scott Goodsell _____

Title: _____

Entity Name: _____

Date: _____ 2 APRIL 14 _____

FOR THE GOVERNMENT:

_____

Royce Ng

Contracting Officer

Department of Veteran Affairs, NCO 21

Date: _____ 5/14/14 _____

WITNESSED FOR THE LESSOR BY:

Name: _____ William Healy _____

Title: _____

Date: _____ April 2, 2014 _____

The information collection requirements contained in this Solicitation/Contract, that are not required by the regulation, have been approved by the Office of Management and Budget pursuant to the Paperwork Reduction Act and assigned the OMB Control No. 3090-0163.

LEASE NO. VA261-13-L-0027, PAGE 1     LESSOR: _____ GOVERNMENT: _KN_     GSA FORM L201A (10/12)

SECTION 1    THE PREMISES, RENT, AND OTHER TERMS ........................................................................................................................ 1
1.01    THE PREMISES (JUN 2012)..................................................................................................................................................... 1
1.02    EXPRESS APPURTENANT RIGHTS (JUN 2012) .................................................................................................................... 1
1.03    RENTAL CONSIDERATION FOR SIMPLIFIED LEASES (JUN 2012) ..................................................................................... 1
1.04    INTENTIONALLY DELETED ...................................................................................................................................................... 1
1.05    TERMINATION RIGHTS (SIMPLIFIED) (JUN 2012)................................................................................................................. 1
1.06    INTENTIONALLY DELETED ...................................................................................................................................................... 1
1.07    DOCUMENTS INCORPORATED IN THE LEASE (SIMPLIFIED) (SEP 2012) ......................................................................... 1
1.08    INTENTIONALLY DELETED ...................................................................................................................................................... 2
1.09    INTENTIONALLY DELETED ...................................................................................................................................................... 2
1.10    ADDITIONAL BUILDING IMPROVEMENTS (SEP 2012)......................................................................................................... 2
1.11    INTENTIONALLY DELETED ...................................................................................................................................................... 2


SECTION 2    GENERAL TERMS, CONDITIONS AND STANDARDS........................................................................................................... 3
2.01    DEFINITIONS AND GENERAL TERMS (JUN 2012) ............................................................................................................... 3
2.02    AUTHORIZED REPRESENTATIVES (JUN 2012) .................................................................................................................... 3
2.03    ALTERATIONS REQUESTED BY THE GOVERNMENT (JUN 2012) ...................................................................................... 4
2.04    WAIVER OF RESTORATION (APR 2011).................................................................................................................................. 4
2.05    INTENTIONALLY DELETED ...................................................................................................................................................... 4
2.06    CHANGE OF OWNERSHIP (JUN 2012) ................................................................................................................................... 4
2.07    INTENTIONALLY DELETED ...................................................................................................................................................... 4
2.08    INTENTIONALLY DELETED ...................................................................................................................................................... 4
2.09    INTENTIONALLY DELETED ...................................................................................................................................................... 4
2.10    FIRE AND CASUALTY DAMAGE (SIMPLIFIED LEASE) (2011)............................................................................................. 4
2.11    DEFAULT BY LESSOR (APR 2012).......................................................................................................................................... 5
2.12    INTEGRATED AGREEMENT (JAN 2012) ................................................................................................................................. 5
2.13    MUTUALITY OF OBLIGATION (SIMPLIFIED) (APR 2011)...................................................................................................... 5
2.14    CHANGES (SIMPLIFIED) (SEPT 2011) .................................................................................................................................... 5
2.15    COMPLIANCE WITH APPLICABLE LAW (JAN 2011) .............................................................................................................. 6
2.16    MAINTENANCE OF THE PROPERTY, RIGHT TO INSPECT (SIMPLIFIED) (JAN 2011) ...................................................... 6
2.17    CLAUSES INCORPORATED BY REFERENCE (SIMPLIFIED) (MAR 2013) ........................................................................... 6


SECTION 3    CONSTRUCTION STANDARDS AND SHELL COMPONENTS................................................................................................ 8
3.01    WORK PERFORMANCE (JUN 2012)........................................................................................................................................ 8
3.02    RECYCLED CONTENT PRODUCTS (COMPREHENSIVE PROCUREMENT GUIDELINES) (JUN 2012) .............................. 8
3.03    ENVIRONMENTALLY PREFERABLE BUILDING PRODUCTS AND MATERIALS (DEC 2007) .............................................. 8
3.04    EXISTING FIT-OUT, SALVAGED, OR REUSED BUILDING MATERIAL (JUN 2012) ............................................................. 8
3.05    WOOD PRODUCTS (AUG 2008) .............................................................................................................................................. 8
3.06    ADHESIVES AND SEALANTS (AUG 2008) .............................................................................................................................. 9
3.07    BUILDING SHELL REQUIREMENTS (JUN 2012) .................................................................................................................... 9
3.08    RESPONSIBILITY OF THE LESSOR AND LESSOR'S ARCHITECT/ENGINEER (SIMPLIFIED) (JUN 2012) ....................... 9
3.09    QUALITY AND APPEARANCE OF BUILDING (JUN 2012) ...................................................................................................... 9
3.10    VESTIBULES (APR 2011).......................................................................................................................................................... 9
3.11    MEANS OF EGRESS (JUN 2012).............................................................................................................................................. 9
3.12    AUTOMATIC FIRE SPRINKLER SYSTEM (JUN 2012)............................................................................................................ 9
3.13    FIRE ALARM SYSTEM (JUN 2012)......................................................................................................................................... 10
3.14    ENERGY INDEPENDENCE AND SECURITY ACT (DEC 2011)............................................................................................. 10
3.15    ELEVATORS (SIMPLIFIED) (JUN 2012) ................................................................................................................................ 10
3.16    DEMOLITION  (JUN 2012)....................................................................................................................................................... 10
3.17    ACCESSIBILITY (FEB 2007).................................................................................................................................................... 10
3.18    CEILINGS (SIMPLIFIED) (DEC 2011) ..................................................................................................................................... 11
3.19    EXTERIOR AND COMMON AREA DOORS AND HARDWARE (JUN 2012) .......................................................................... 11
3.20    WINDOWS (SIMPLIFIED) (AUG 2011).................................................................................................................................... 11
3.21    PARTITIONS: PERMANENT (JUN 2012) ................................................................................................................................ 11
3.22    INSULATION: THERMAL, ACOUSTIC, AND HVAC (APR 2011)............................................................................................ 11
3.23    PAINTING – SHELL (JUN 2012) .............................................................................................................................................. 11
3.24    FLOORS AND FLOOR LOAD (JUN 2012)............................................................................................................................... 12
3.25    FLOOR COVERING AND PERIMETERS (SIMPLIFIED) (JUN 2012) ..................................................................................... 12
3.26    MECHANICAL, ELECTRICAL, PLUMBING: GENERAL (APR 2011)...................................................................................... 12
3.27    ELECTRICAL (SIMPLIFIED) (JUN 2012)................................................................................................................................. 12
3.28    INTENTIONALLY DELETED .................................................................................................................................................... 12
3.29    PLUMBING (JUN 2012)............................................................................................................................................................ 12
3.30    DRINKING FOUNTAINS (APR 2011)....................................................................................................................................... 12
3.31    RESTROOMS (JUN 2012) ....................................................................................................................................................... 12
3.32    PLUMBING FIXTURES: WATER CONSERVATION (DEC 2011) ............................................................................................ 13

3.33    HEATING, VENTILATION, AND AIR CONDITIONING – SHELL (SIMPLIFIED) (JUN 2012)...................................................13
3.34    TELECOMMUNICATIONS: DISTRIBUTION AND EQUIPMENT (SIMPLIFIED) (AUG 2011)......................................13
3.35    TELECOMMUNICATIONS: LOCAL EXCHANGE ACCESS (SIMPLIFIED) (JUN 2012)...............................................13
3.36    LIGHTING: INTERIOR AND PARKING – SHELL (SIMPLIFIED) (JUN 2012).........................................................14
3.37    INDOOR AIR QUALITY DURING CONSTRUCTION (JUN 2012) ...................................................................14


**SECTION 4    DESIGN, CONSTRUCTION, AND POST AWARD ACTIVITIES**..................................................................15
4.01    SCHEDULE FOR COMPLETION OF SPACE (SEP 2013)..........................................................................15
4.02    GREEN LEASE SUBMITTALS (SIMPLIFIED) (JUN 2012).........................................................................15
4.03    CONSTRUCTION SCHEDULE AND INITIAL CONSTRUCTION MEETING (SIMPLIFIED) (SEPT 2011) .................16
4.04    ACCESS PRIOR TO ACCEPTANCE OF SPACE (SIMPLIFIED) (APR 2011)....................................................16
4.05    CONSTRUCTION INSPECTIONS (APR 2011)......................................................................................16
4.06    ACCEPTANCE OF SPACE AND CERTIFICATE OF OCCUPANCY (SIMPLIFIED) (JAN 2011)..............................16
4.07    LEASE TERM COMMENCEMENT DATE AND RENT RECONCILIATION (SIMPLIFIED) (JUN 2012) .....................16
4.08    AS-BUILT DRAWINGS (JUN 2012)...................................................................................................16
4.09    SEISMIC RETROFIT (SEP 2012)......................................................................................................16


**SECTION 5    TENANT IMPROVEMENT COMPONENTS**..........................................................................................17
5.01    TENANT IMPROVEMENT REQUIREMENTS (SIMPLIFIED) (JUN 2012)........................................................17
5.02    FINISH SELECTIONS (SIMPLIFIED) (JUN 2012)..................................................................................17
5.03    WINDOW COVERINGS (SIMPLIFIED) (AUG 2011)...............................................................................17
5.04    DOORS: SUITE ENTRY (JUN 2012).................................................................................................17
5.05    DOORS: INTERIOR (JUN 2012).......................................................................................................17
5.06    DOORS: HARDWARE (JUN 2012).....................................................................................................17
5.07    DOORS: IDENTIFICATION (JUN 2012)...............................................................................................17
5.08    PARTITIONS: SUBDIVIDING (JUN 2012)...........................................................................................17
5.09    WALL FINISHES (JUN 2012)...........................................................................................................17
5.10    PAINTING – TI (JUN 2012)............................................................................................................18
5.11    FLOOR COVERINGS AND PERIMETERS (JUN 2012).............................................................................18
5.12    HEATING AND AIR CONDITIONING (JUN 2012)..................................................................................19
5.13    ELECTRICAL: DISTRIBUTION (JUN 2012)..........................................................................................19
5.14    TELECOMMUNICATIONS: DISTRIBUTION AND EQUIPMENT (JUN 2012)..................................................19
5.15    TELECOMMUNICATIONS: LOCAL EXCHANGE ACCESS (AUG 2008) .......................................................19
5.16    DATA DISTRIBUTION (JUN 2012)....................................................................................................19
5.17    ELECTRICAL, TELEPHONE, DATA FOR SYSTEMS FURNITURE (JUN 2012) ...............................................19
5.18    LIGHTING: INTERIOR AND PARKING – TI (SIMPLIFIED) (JUN 2012).......................................................20


**SECTION 6    UTILITIES, SERVICES, AND OBLIGATIONS DURING THE LEASE TERM** .............................................21
6.01    PROVISION OF SERVICES, ACCESS, AND NORMAL HOURS (SIMPLIFIED) (JUN 2012).................................21
6.02    UTILITIES (APR 2011)..................................................................................................................21
6.03    INTENTIONALLY DELETED .............................................................................................................21
6.04    UTILITY CONSUMPTION REPORTING (JUN 2012)................................................................................21
6.05    HEATING AND AIR CONDITIONING (AUG 2011)..................................................................................21
6.06    OVERTIME HVAC USAGE (SIMPLIFIED) (SEPT 2011) ..........................................................................21
6.07    JANITORIAL SERVICES (JUN 2012).................................................................................................21
6.08    SELECTION OF CLEANING PRODUCTS (APR 2011)..............................................................................22
6.09    SELECTION OF PAPER PRODUCTS (JUN 2012)...................................................................................22
6.10    SNOW REMOVAL (APR 2011).........................................................................................................22
6.11    MAINTENANCE AND TESTING OF SYSTEMS (SIMPLIFIED) (JUN 2012) ...................................................22
6.12    MAINTENANCE OF PROVIDED FINISHES (JUN 2012)...........................................................................23
6.13    ASBESTOS ABATEMENT (APR 2011)...............................................................................................23
6.14    ONSITE LESSOR MANAGEMENT (APR 2011).....................................................................................23
6.15    IDENTITY VERIFICATION OF PERSONNEL (SEP 2012)..........................................................................23
6.16    SCHEDULE OF PERIODIC SERVICES (JUN 2012).................................................................................24
6.17    LANDSCAPE MAINTENANCE (APR 2011)..........................................................................................24
6.18    INTENTIONALLY DELETED .............................................................................................................24
6.19    INDOOR AIR QUALITY (JUN 2012)...................................................................................................24
6.20    RADON IN AIR (AUG 2008)...........................................................................................................25
6.21    RADON IN WATER (JUN 2012).......................................................................................................25
6.22    HAZARDOUS MATERIALS (OCT 1996)..............................................................................................25
6.23    MOLD (SIMPLIFIED) (SEPT 2011)...................................................................................................25
6.24    OCCUPANT EMERGENCY PLANS (APR 2011).....................................................................................25


**SECTION 7    ADDITIONAL TERMS AND CONDITIONS**.........................................................................................26
7.01    MODIFIED PARAGRAPHS ..............................................................................................................26
1.03 RENTAL CONSIDERATION FOR SIMPLIFIED LEASES (JUN 2012)............................................................26
1.05 TERMINATION RIGHTS (SIMPLIFIED) (JUN 2012)...............................................................................26
4.01 SCHEDULE FOR COMPLETION OF SPACE (SEP 2013)...........................................................................26

5.08 PARTITIONS: SUBDIVIDING (JUNE 2012) .................................................................................................................. 26
5.16 DATA DISTRIBUTION (JUNE 2012) .......................................................................................................................... 26
5.17 ELECTRICAL, TELEPHONE, DATA FOR SYSTEMS FURNITURE (JUNE 2012) ................................................ 26
7.02   LABOR STANDARDS (JUN 2012) ............................................................................................................................ 26
7.03   LCO AND LEASE CONTRACTING OFFICER REFERENCE ..................................................................................... 26
7.04   GSA REFERENCE ..................................................................................................................................................... 26
7.05   TENANT IMPROVEMENTS ....................................................................................................................................... 26
7.06   CONSTRUCTION DOCUMENTS (SEP 2012) ........................................................................................................... 26

## SECTION 1    THE PREMISES, RENT, AND OTHER TERMS

### 1.01    THE PREMISES (JUN 2012)

The Premises are described as follows:

A.    Office and Related Space:  3,730 rentable square feet (RSF), yielding 3,730 ANSI/BOMA Office Area (ABOA) square feet (SF) of office and related Space located on the 1st floor(s) as depicted on the floor plan(s) attached hereto as Exhibit B.

B.    Common Area Factor:  The Common Area Factor (CAF) is established as 0.00 percent.  This factor, which represents the conversion from ABOA to rentable square feet, rounded to the nearest whole percentage, shall be used for purposes of rental adjustments in accordance with the Payment Clause of the General Clauses.

### 1.02    EXPRESS APPURTENANT RIGHTS (JUN 2012)

The Government shall have the non-exclusive right to the use of Appurtenant Areas, and shall have the right to post Rules and Regulations Governing Conduct on Federal Property, Title 41, CFR, Part 102-74, Subpart C within such areas.  The Government will coordinate with Lessor to ensure signage is consistent with Lessor's standards.  Appurtenant to the Premises and included in the Lease are rights to use the following:

A.    Parking: 24 parking spaces as depicted on the plan attached hereto as Exhibit C, partially reserved for the exclusive use of the Government, of which 24 shall be surface/outside parking spaces.  In addition, the Lessor shall provide such additional parking spaces as required by the applicable code of the local government entity having jurisdiction over the Property.

### 1.03    RENTAL CONSIDERATION FOR SIMPLIFIED LEASES (JUN 2012)

In consideration for the Lease, the grant of all associated rights, express or implied, and the performance or satisfaction of all of the Lessor's other obligations set forth herein, the Government shall pay the Lessor annual rent to be computed below and the actual ANSI BOMA Office Area (ABOA) delivered for occupancy and use by the Government, not to exceed the maximum ABOA solicited by the Government.  Payment shall be made monthly in arrears.  Rent for a lesser period shall be prorated.  Rent shall be paid by Electronic Funds Transfer to an account to be designated by Lessor.  Rent shall be inclusive of all costs incurred by the Lessor for the construction of Building shell specified in the Lease, including those described on Exhibit A, GSA Form 1364C and the Agency Specific Requirements (ASR) attached hereto, all taxes of any kind, and all operating costs.  Unless a separate rate is specified on Exhibit A, GSA Form 1364C, rights to parking areas will be deemed included in the rent.

|  | Monthly | Annual | Annual Parking | Total Monthly | Total Annual |
|---|---|---|---|---|---|
|  | Rent | Rent | Surcharge | Rent | Rent |
| Year 1 | $7,460.00 | $89,520.00 | $6,600.00 | $8,010.00 | $96,120.00 |
| Year 2 | $7,460.00 | $89,520.00 | $6,600.00 | $8,010.00 | $96,120.00 |
| Year 3 | $7,460.00 | $89,520.00 | $6,600.00 | $8,010.00 | $96,120.00 |
| Year 4 | $7,460.00 | $89,520.00 | $6,600.00 | $8,010.00 | $96,120.00 |
| Year 5 | $7,460.00 | $89,520.00 | $6,600.00 | $8,010.00 | $96,120.00 |
| Year 6 | $8,952.00 | $107,424.00 | $7,920.00 | $9,612.00 | $115,344.00 |
| Year 7 | $8,952.00 | $107,424.00 | $7,920.00 | $9,612.00 | $115,344.00 |
| Year 8 | $8,952.00 | $107,424.00 | $7,920.00 | $9,612.00 | $115,344.00 |
| Year 9 | $8,952.00 | $107,424.00 | $7,920.00 | $9,612.00 | $115,344.00 |
| Year 10 | $8,952.00 | $107,424.00 | $7,920.00 | $9,612.00 | $115,344.00 |
|  |  |  |  | Total | $1,057,320.00 |
|  |  |  |  | Lump Sum TI | $274,740.00 |

### 1.04    INTENTIONALLY DELETED

### 1.05    TERMINATION RIGHTS (SIMPLIFIED) (JUN 2012)

Notwithstanding anything to the contrary contained in this Lease Solicitation, after completion of Year 5 of this lease term, the Government may terminate this Lease, in whole or in part, at any time by giving at least 90 days written notice to the Lessor.  The effective date of such termination shall be the first calendar day occurring after such 90 days. If this contract is terminated, the Government shall be liable only for rent payments due and owing to the Lessor prior to, but not including, the effective date of termination, and any unpaid tenant improvement costs identified in the lease.

### 1.06    INTENTIONALLY DELETED

### 1.07    DOCUMENTS INCORPORATED IN THE LEASE (SIMPLIFIED) (SEP 2012)

The following documents are as attached to and made part of the Lease:

| DOCUMENT NAME | EXHIBIT |
|---|---|
| Representations and Certifications (GSA Form 3518A) | A |
| Design Intent Drawing and Final As Built Drawings | B |
| Parking Plan | C |
| Agency Specific Requirements (ASR) | D |

1.08    INTENTIONALLY DELETED

1.09    INTENTIONALLY DELETED

1.10    ADDITIONAL BUILDING IMPROVEMENTS (SEP 2012)

The Lessor shall complete the following additional Building improvements prior to acceptance of the Space:

A.    Compliance with Seismic Safety Standards (Paragraph 4.09)
B.    Compliance with Fire/Life Safety Standards (Paragraphs 3.11 and 3.12)
C.    Compliance with Accessibility Requirements (Paragraph 3.17)

1.11    INTENTIONALLY DELETED

## SECTION 2   GENERAL TERMS, CONDITIONS AND STANDARDS

### 2.01   DEFINITIONS AND GENERAL TERMS (JUN 2012)

Unless otherwise specifically noted, all terms and conditions set forth in this Lease shall be interpreted by reference to the following definitions, standards, and formulas:

A.      Appurtenant Areas. Appurtenant Areas are defined as those areas and facilities on the Property that are not located within the Premises, but for which rights are expressly granted under this Lease, or for which rights to use are reasonably necessary or reasonably anticipated with respect to the Government's enjoyment of the Premises and Express Appurtenant Rights.

B.      INTENTIONALLY DELETED

C.      Building. The building(s) situated on the Property in which the Premises are located shall be referred to as the Building(s).

D.      INTENTIONALLY DELETED

E.      Common Area Factor (CAF). The Common Area Factor (CAF) is a convers on factor determined by the Building owner and applied by the owner to the ABOA SF to determine the RSF for the leased Space. The CAF is expressed as a percentage of the difference between the amount of rentable SF and ABOA SF, divided by the ABOA SF. For example 11,500 RSF and 10,000 ABOA SF will have a CAF of 15% [(11,500 RSF–10,000 ABOA SF)/10,000 ABOA SF]. For the purposes of this Lease, the CAF shall be determined in accordance with the applicable ANSI/BOMA standard for the type of Space to which the CAF shall apply.

F.      Contract. Contract and contractor means Lease and Lessor, respectively.

G.      Days. All references to "day" or "days" in this Lease shall mean calendar days, unless specified otherwise.

H.      FAR/GSAR. All references to the FAR shall be understood to mean the Federal Acquisition Regulation, codified at 48 CFR Chapter 1. All references to the GSAR shall be understood to mean the GSA supplement to the FAR, codified at 48 CFR Chapter 5.

I.      Firm Term/Non-Firm Term. The Firm Term is that part of the Lease term that is not subject to termination rights. The Non-Firm Term is that part of the Lease term following the end of the Firm Term.

J       Lease Term Commencement Date. The Lease Term Commencement Date means the date on which the Lease term commences.

K.      Lease Award Date. The Lease Award Date means the date that the Lease is executed by the LCO (and on which the parties' obligations under the Lease begin).

L.      Premises. The Premises are defined as the total Office Area or other type of Space, together with all associated common areas, described in Section I of this Lease, and delineated by plan in the attached Exhibit. Parking and other areas to which the Government has rights under this Lease are not included in the Premises.

M.      Property. The Property is defined as the land and Buildings in which the Premises are located, including all Appurtenant Areas (e.g., parking areas) to which the Government is granted rights.

N.      Rentable Space or Rentable Square Feet (RSF). Rentable Space is the area for which a tenant is charged rent. It is determined by the Building owner and may vary by city or by building within the same city. The Rentable Space may include a share of Building support/common areas such as elevator lobbies, Building corridors, and floor service areas. Floor service areas typically include restrooms, janitor rooms, telephone closets, electrical closets, and mechanical rooms. The Rentable Space does not include vertical Building penetrations and their enclosing walls, such as stairs, elevator shafts, and vertical ducts. Rentable Square Feet is calculated using the following formula for each type of Space (e.g., office, warehouse, etc.) included in the Premises: ABOA SF of Space x (1 + CAF) = RSF.

O.      Space. The Space shall refer to that part of the Premises to which the Government has exclusive use, such as Office Area, or other type of Space. Parking areas to which the Government has rights under this Lease are not included in the Space.

P.      Office Area. For the purposes of this Lease, Space shall be measured in accordance with the standard (Z65.1-1996) provided by American National Standards Institute/Building Owners and Managers Association (ANSI/BOMA) for Office Area, which means "the area where a tenant normally houses personnel and/or furniture, for which a measurement is to be computed." References to ABOA mean ANSI/BOMA Office Area.

Q.      Working Days.        Working Days shall mean weekdays, excluding Saturdays and Sundays and Federal holidays.

### 2.02   AUTHORIZED REPRESENTATIVES (JUN 2012)

The signatories to this Lease shall have full authority to bind their respective principals with regard to all matters relating to this Lease. No other persons shall be understood to have any authority to bind their respective principals except to the extent that such authority may be explicitly delegated by notice to the other party, or to the extent that such authority is transferred by succession of interest. The Government shall have the right to substitute its Lease Contracting Officer (LCO) by notice without an express delegation by the prior LCO.

### 2.03   ALTERATIONS REQUESTED BY THE GOVERNMENT (JUN 2012)

A.    The Government may request the Lessor to provide alterations during the term of the Lease. Alterations will be ordered by issuance of a Lease Amendment, GSA Form 300, Order for Supplies or Services, or a tenant agency-approved form when specifically authorized to do so by the Lease Contracting Officer. The GSAM clause, 552.270-31, Prompt Payment, including its invoice requirements, shall apply to orders for alterations. All orders are subject to the terms and conditions of this Lease.

B.    Orders for Tenant Improvements $150,000 or less may be placed by the LCO or a warranted contracting officer's representative in GSA or the tenant agency when specifically authorized to do so by the Lease Contracting Officer. This threshold will change according to future adjustments of the simplified acquisition threshold (see FAR 2.101). The LCO will provide the Lessor with a list of tenant agency officials authorized to place orders and will specify any limitations on the authority delegated to tenant agency officials. The tenant agency officials are not authorized to deal with the Lessor on any other matters.

C.    Payments for alterations ordered by the tenant agency under the authorization described in paragraph B, will be made directly by the tenant agency placing the order.

### 2.04   WAIVER OF RESTORATION (APR 2011)

The Lessor shall have no right to require the Government to restore the Premises upon termination of the Lease, and waives all claims against the Government for waste, damages, or restoration arising from or related to (a) the Government's normal and customary use of the Premises during the term of the Lease (including any extensions thereof), as well as (b) any initial or subsequent alteration to the Premises regardless of whether such alterations are performed by the Lessor or by the Government. At its sole option, the Government may abandon property in the Space following expiration of the Lease, in which case the property will become the property of the Lessor, and the Government will be relieved of any liability in connection therewith.

### 2.05   INTENTIONALLY DELETED

### 2.06   CHANGE OF OWNERSHIP (JUN 2012)

A.    If during the term of the Lease, title to the Property is transferred, the Lease is assigned, or the Lessor changes its legal name, the Lessor and its successor shall comply with the requirements of FAR Subpart 42.12. If title is transferred, the Lessor shall notify the Government within five days of the transfer of title.

B.    The Government and the Lessor may execute a Change of Name Agreement if the Lessor is changing only its legal name, and the Government's and the Lessor's respective rights and obligations remain unaffected. A sample form is found at FAR 42.1205.

C.    If title to the Property is transferred, or the Lease is assigned, the original Lessor (Transferor), and the new owner or assignee (Transferee) shall execute a Novation Agreement providing for the transfer of Transferor's rights and obligations under the Lease to the Transferee. When executed on behalf of the Government, a Novation Agreement will be made part of the Lease via Amendment.

D.    In addition to all documents required by FAR 42.1204, the LCO may request additional information (e.g., copy of the deed, bill of sale, certificate of merger, contract, court decree, articles of incorporation, operation agreement, partnership certificate of good standing, etc.) from the Transferor or Transferee to verify the parties' representations regarding the transfer, and to determine whether the transfer of the Lease is in the Government's interest.

E.    If the LCO determines that recognizing the Transferee as the Lessor is not in the Government's interest, the Transferor shall remain fully liable to the Government for the Transferee's performance of obligations under the Lease, notwithstanding the transfer. Under no condition shall the Government be obligated to release the Transferor of obligations prior to (a) the rent commencement date; and (b) any amounts due and owing to the Government under the Lease have been paid in full or completely set off against the rental payments due under the Lease.
F.    As a condition for being recognized as the Lessor and entitlement to receiving rent, the Transferee must complete a Central Contractor Registration (CCR) (See FAR 52.232-33) and complete and sign GSA Form 3518A, Representations and Certifications.

G.    If title to the Property is transferred, or the Lease is assigned, rent shall continue to accrue, subject to the Government's rights as provided for in this Lease. However, the Government's obligation to pay rent to the Transferee shall be suspended until the Government has received all information reasonably required by the LCO under sub-paragraph- D, the Government has determined that recognizing the Transferee as the Lessor is in the Government's interest (which determination will be prompt and not unreasonably withheld), and the Transferee has met all conditions specified in sub-paragraph F. So long as any delays in effecting the recognition of Transferee as Lessor are not the responsibility of the Government, no interest shall accrue on suspended rent.

### 2.07   INTENTIONALLY DELETED

### 2.08   INTENTIONALLY DELETED

### 2.09   INTENTIONALLY DELETED

### 2.10   FIRE AND CASUALTY DAMAGE (SIMPLIFIED LEASE) (2011)

If the Building in which the Premises are located is totally destroyed or damaged by fire or other casualty, this Lease shall immediately terminate. If the Building in which the Premises are located is only partially destroyed or damaged, so as to render the Premises untenantable, or not usable for their intended purpose, the Lessor shall have the option to elect to repair and restore the Premises or terminate the Lease. The Lessor shall be

permitted a reasonable amount of time, not to exceed **180 days** from the event of destruction or damage, to repair or restore the Premises, if the Lessor submits to the Government a reasonable schedule for repair of the Premises within **30 days** of the event of destruction or damage. If the Lessor fails to timely submit a reasonable schedule for completing the work, the Government may elect to terminate the Lease effective as of the date of the event of destruction or damage. If the Lessor elects to repair or restore the Premises, but fails to repair or restore the Premises within **180 days** from the event of destruction or damage, or fails to diligently pursue such repairs or restoration so as to render timely completion commercially impracticable, the Government may terminate the Lease effective as of the date of the destruction or damage. During the time that the Premises are unoccupied, rent shall be abated. Termination of the Lease by either party under this clause shall not give rise to liability for either party. This clause shall not apply if the event of destruction or damage is caused by the Lessor's negligence or willful misconduct.

## 2.11   DEFAULT BY LESSOR (APR 2012)

A.      The following conditions shall constitute default by the Lessor, and shall give rise to the following rights and remedies for the Government:

(1)  Prior to Acceptance of the Premises. Failure by the Lessor to diligently perform all obligations required for Acceptance of the Space within the times specified, without excuse, shall constitute a default by the Lessor. Subject to provision of notice of default to the Lessor, and provision of a reasonable opportunity for the Lessor to cure its default, the Government may terminate the Lease on account of the Lessor's default.

(2)  After Acceptance of the Premises. Failure by the Lessor to perform any service, to provide any item, or satisfy any requirement of this Lease, without excuse, shall constitute a default by the Lessor. Subject to provision of notice of default to the Lessor, and provision of a reasonable opportunity for the Lessor to cure its default, the Government may perform the service, provide the item, or obtain satisfaction of the requirement by its own employees or contractors. If the Government elects to take such action, the Government may deduct from rental payments its costs incurred in connection with taking the action. Alternatively, the Government may reduce the rent by an amount reasonably calculated to approximate the cost or value of the service not performed, item not provided, or requirement not satisfied, such reduction effective as of the date of the commencement of the default condition.

(3) Grounds for Termination. The Government may terminate the Lease if:

(i)     The Lessor's default persists notwithstanding provision of notice and reasonable opportunity to cure by the Government; or

(ii)    The Lessor fails to take such actions as are necessary to prevent the recurrence of default conditions,

and such conditions (i) or (ii)  substantially impair the safe and healthful occupancy of the Premises, or render the Space unusable for its intended purposes.

(4) Excuse. Failure by the Lessor to timely deliver the Space or perform any service, provide any item, or satisfy any requirement of this Lease shall not be excused if its failure in performance arises from:

(i)     Circumstances within the Lessor's control;

(ii)    Circumstances about which the Lessor had actual or constructive knowledge prior to the Lease Award Date that could reasonably be expected to affect the Lessor's capability to perform, regardless of the Government's knowledge of such matters:

(iii)   The condition of the Property;

(iv)   The acts or omissions of the Lessor, its employees, agents or contractors; or

(v)    The Lessor's inability to obtain sufficient financial resources to perform its obligations.

(5) The rights and remedies specified in this clause are in addition to any and all remedies to which the Government may be entitled as a matter of law.

## 2.12   INTEGRATED AGREEMENT (JAN 2012)

This Lease, upon execution, contains the entire agreement of the parties and no prior written or oral agreement, express or implied, shall be admissible to contradict the provisions of the Lease. Except as expressly attached to and made part of the Lease, neither the Request for Lease Proposals nor any pre-award communications by either party shall be incorporated in the Lease.

## 2.13   MUTUALITY OF OBLIGATION (SIMPLIFIED) (APR 2011)

The obligations and covenants of the Lessor, and the Government's obligation to pay rent and perform such other obligations as may be specified herein, are interdependent.

## 2.14   CHANGES (SIMPLIFIED) (SEPT 2011)

A.      The LCO may at any time, by written order, direct changes to the TIs within the Space, Building Security Requirements, or the services required under the Lease.

B.      If any such change causes an increase or decrease in Lessor's costs or time required for performance of its obligations under this Lease, whether or not changed by the order, the Lessor shall be entitled to an amendment to the Lease providing for one or more of the following:

1. An adjustment of the delivery date;
2. An equitable adjustment in the rental rate; or
3. A lump sum equitable adjustment.

C.   The Lessor shall assert its right to an amendment under this clause within **30 days** from the date of receipt of the change order and shall submit a proposal for adjustment. Failure to agree to any adjustment shall be a dispute under the Disputes clause. However, the pendency of an adjustment or existence of a dispute shall not excuse the Lessor from proceeding with the change, except the Lessor shall not be obligated to comply with such order or direction if the adjustment to which it is entitled causes the annual rent (net of operating costs) to exceed the Simplified Lease Acquisition Threshold established under GSAR 570.102.

D.   Absent a written change order from the LCO, or from a Government official to whom the LCO has explicitly delegated in writing the authority to direct changes, the Government shall not be liable to Lessor under this clause. The Lessor's failure to assert its right for adjustment within the time frame specified herein shall be a waiver of the Lessor's right to an adjustment under this clause

### 2.15   COMPLIANCE WITH APPLICABLE LAW (JAN 2011)

Lessor shall comply with all Federal, state and local laws applicable to its ownership and leasing of the Property, including, without limitation, laws applicable to the construction, ownership, alteration or operation of all Buildings, structures, and facilities located thereon, and obtain all necessary permits, licenses and similar items at its own expense. The Government will comply with all Federal, State and local laws applicable to and enforceable against it as a tenant under this Lease, provided that nothing in this Lease shall be construed as a waiver of the sovereign immunity of the Government. This Lease shall be governed by Federal law.

### 2.16   MAINTENANCE OF THE PROPERTY, RIGHT TO INSPECT (SIMPLIFIED) (JAN 2011)

The Lessor shall maintain the Property, including the Building, Building systems, and all equipment, fixtures, and appurtenances furnished by the Lessor under this Lease, in good repair and tenantable condition. Upon request of the LCO, the Lessor shall provide written documentation that Building systems have been properly maintained, tested, and are operational within manufacturer's warranted operating standards. The Lessor shall maintain the Premises in a safe and healthful condition according to applicable OSHA standards, including standards governing indoor air quality, existence of mold and other biological hazards, presence of hazardous materials, etc. The Government shall have the right, at any time after the Lease is signed and during the term of the Lease, to inspect all areas of the Property to which access is necessary for the purpose of determining the Lessor's compliance with this clause.

### 2.17   CLAUSES INCORPORATED BY REFERENCE (SIMPLIFIED) (MAR 2013)

This Lease incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. All dollar thresholds set forth below refer to Total Contract Value, or the total of all gross rental payments to be made during the initial term of the Lease plus any options. All citations to the FAR or GSAR are provided for convenience of reference, and shall not be understood as subjecting this Lease to any provision of the FAR or GSAR except to the extent that clauses prescribed by the FAR or GSAR are expressly incorporated into this Lease.

1. FAR 52.204-7, CENTRAL CONTRACTOR REGISTRATION (DEC 2012)
2. FAR 52.204-10, REPORTING EXECUTIVE COMPENSATION AND FIRST-TIER SUBCONTRACT AWARDS (AUG 2012) (Applicable if over $25,000)
3. FAR 52.209-6, PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (DEC 2010) (Applicable to Leases over $30,000)
4. FAR 52.215-10, PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA (AUG 2011) (Applicable when cost or pricing data are required for work or services over $700,000.)
5. FAR 52.215-12, SUBCONTRACTOR CERTIFIED COST OR PRICING DATA (OCT 2010) (Applicable if over $700,000.)
6. FAR 52.219-9, SMALL BUSINESS SUBCONTRACTING PLAN (JAN 2011) ALTERNATE III (JUL 2010) (Applicable to Leases over $650,000.)
7. FAR 52.219-16, LIQUIDATED DAMAGES—SUBCONTRACTING PLAN (JAN 1999) (Applicable to Leases over $650,000.)
8. FAR 52.219-28, POST-AWARD SMALL BUSINESS PROGRAM REREPRESENTATION (APR 2012) (Applicable to Leases exceeding $3,000.)
9. FAR 52.222-21, PROHIBITION OF SEGREGATED FACILITIES (FEB 1999)
10. FAR 52.222-26, EQUAL OPPORTUNITY (MAR 2007)
11. FAR 52.222-35, EQUAL OPPORTUNITY FOR VETERANS (SEP 2010) (Applicable to Leases over $100,000.)
12. FAR 52.222-36, AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES (OCT 2010) (Applicable to Leases over $15,000.)
13. FAR 52.222-37, EMPLOYMENT REPORTS VETERANS (SEP 2010) (Applicable to Leases over $100,000.)
14. FAR 52.223-6, DRUG-FREE WORKPLACE (MAY 2001) (Applicable to Leases over $150,000 average net annual rent including option periods as well as to any Leases of any value awarded to an individual)
15. FAR 52.232-33, PAYMENT BY ELECTRONIC FUNDS TRANSFER-CENTRAL CONTRACTOR REGISTRATION (OCT 2003)
16. FAR 52.233-1, DISPUTES (JUL 2002)

17. GSAR 552.215-70, EXAMINATION OF RECORDS BY GSA (FEB 1996)

18. GSAR 552.232-23, ASSIGNMENT OF CLAIMS (SEP 1999) (Applicable to Leases over $3,000.)

19. GSAR 552.270-31, PROMPT PAYMENT (JUN 2011)

## SECTION 3    CONSTRUCTION STANDARDS AND SHELL COMPONENTS

### 3.01    WORK PERFORMANCE (JUN 2012)

All work in performance of this Lease shall be done by skilled workers or mechanics and shall be acceptable to the LCO.  The LCO may reject the Lessor's workers 1) if such are unlicensed, unskilled, or otherwise incompetent, or 2) if such have demonstrated a history of either untimely or otherwise unacceptable performance in connection with work carried out in conjunction with either this contract or other government or private contracts.

### 3.02    RECYCLED CONTENT PRODUCTS (COMPREHENSIVE PROCUREMENT GUIDELINES) (JUN 2012)

A.      The Lessor shall comply to the extent feasible with the Resource Conservation and Recovery Act (RCRA), Section 6002, 1976.  The Lessor shall use recycled content products as indicated in this RLP and as designated by the U.S. Environmental Protection Agency (EPA) in the Comprehensive Procurement Guidelines (CPG), 40 CFR Part 247, and its accompanying Recovered Materials Advisory Notice (RMAN).  The CPG lists the designated recycled content products.  EPA also provides recommended levels of recycled content for these products.  The list of designated products, EPA's recommendations, and lists of manufacturers and suppliers of the products can be found at http:/www.epa.gov.

B.      The Lessor, if unable to comply with both the CPG and RMAN lists, shall submit a Request for Waiver for each material to the LCO with the TI pricing submittal.  The request for waiver shall be based on the following criteria:

1. The cost of the recommended product is unreasonable.
2. Inadequate competition exists.
3. Items are not available within a reasonable period.
4. Items do not meet Lease performance standards.

### 3.03    ENVIRONMENTALLY PREFERABLE BUILDING PRODUCTS AND MATERIALS (DEC 2007)

A.      The Lessor shall use environmentally preferable products and materials.  The Lessor is encouraged to consider the lifecycle analysis of the product in addition to the initial cost.

B.      Refer to EPA's environmentally preferable purchasing Web site, www.epa.gov/epp and USDA Bio-Preferred products Web site www.biobased.oce.usda.gov/fb4p/.  In general, environmentally preferable products and materials do one or more of the following:

Contain recycled material, are bio-based, are rapidly renewable (10-year or shorter growth cycle), or have other positive environmental attributes.
1. Minimize the consumption of resources, energy, and water.
2. Prevent the creation of solid waste, air pollution, or water pollution.
3. Promote the use of nontoxic substances and avoid toxic materials or processes.

C.      The Lessor is encouraged to use products that are extracted and manufactured regionally.

### 3.04    EXISTING FIT-OUT, SALVAGED, OR REUSED BUILDING MATERIAL (JUN 2012)

A.      Items and materials existing in the lease Premises, or to be removed from the lease Premises during the demolition phase, are eligible for reuse in the construction phase of the project.  The reuse of items and materials is preferable to recycling them; however, items considered for reuse shall be in re-furbished condition and shall meet the quality standards set forth by the Government in this Lease.  In the absence of definitive quality standards, the Lessor is responsible to confirm that the quality of the item(s) in question shall meet or exceed accepted industry or trade standards for first quality commercial grade applications.

B.      The Lessor shall submit a reuse plan to the LCO.  The Government will not pay for existing fixtures and other TIs accepted in place.  However, the Government will reimburse the Lessor, as part of the TIA, the costs to repair or improve such fixtures or improvements identified on the reuse plan and approved by the LCO.

### 3.05    WOOD PRODUCTS (AUG 2008)

A.      For all new installations of wood products, the Lessor is encouraged to use independently certified forest products.  For information on certification and certified wood products, refer to the Forest Certification Resource Center (www.certifiedwood.org), the Forest Stewardship Council United States (www.fscus.org), or the Sustainable Forestry Initiative (www.aboutsfi.org).

B.      New installations of wood products used under this contract shall not contain wood from endangered wood species, as listed by the Convention on International Trade in Endangered Species.  The list of species can be found at www.cites.org/eng/resources/species.html.

C.      Particle board, strawboard, and plywood materials shall comply with Department of Housing and Urban Development (HUD) standards for formaldehyde emission controls.  Plywood materials shall not emit formaldehyde in excess of 0.2 parts per million (ppm), and particleboard materials shall not emit formaldehyde in excess of 0.3 ppm.

D.      All materials comprised of combustible substances, such as wood plywood and wood boards, shall be treated with fire retardant chemicals by a pressure impregnation process or other methods that treats the materials throughout as opposed to surface treatment.

3.06    ADHESIVES AND SEALANTS (AUG 2008)

All adhesives employed on this project (including, but not limited to, adhesives for carpet, carpet tile, plastic laminate, wall coverings, adhesives for wood, or sealants) shall be those with the lowest possible VOC content below 20 grams per liter and which meet the requirements of the manufacturer of the products adhered or involved.   The Lessor shall use adhesives and sealants with no formaldehyde or heavy metals.   Adhesives and other materials used for the installation of carpets shall be limited to those having a flash point of 140 degrees F or higher.

3.07    BUILDING SHELL REQUIREMENTS (JUN 2012)

A.      The Building Shell shall be designed, constructed, and maintained in accordance with the standards set forth herein and completed prior to acceptance of Space.  For pricing, fulfillment of all requirements not specifically designated as TIs, Building Specific Security, Operating Costs, or other rent components as indicated shall be deemed included in the Shell Rent.

B.      Base structure and Building enclosure components shall be complete.  All common areas accessible by the Government, such as lobbies, fire egress corridors and stairwells, elevators, garages, and services areas, shall be complete.  Restrooms shall be complete and operational.  All newly installed Building shell components, including but not limited to, heating, ventilation, and air conditioning (HVAC), electrical, ceilings, sprinklers, etc., shall be furnished, installed, and coordinated with Tenant Improvements.  Circulation corridors are provided as part of the base Building only on multi-tenanted floors where the corridor is common to more than one tenant.  On single tenant floors, only the fire egress corridor(s) necessary to meet code is provided as part of the shell.

3.08    RESPONSIBILITY OF THE LESSOR AND LESSOR'S ARCHITECT/ENGINEER (SIMPLIFIED) (JUN 2012)

The Lessor shall be responsible for the professional quality, technical accuracy, and the coordination of all designs, drawings, specifications, and other services furnished by the Lessor under this contract.  The Lessor shall, without additional compensation, correct or revise any errors or deficiencies in its designs, drawings, specifications, or other services.  THE LESSOR REMAINS SOLELY RESPONSIBLE FOR DESIGNING, CONSTRUCTING, OPERATING, AND MAINTAINING THE LEASED PREMISES IN FULL ACCORDANCE WITH THE REQUIREMENTS OF THE LEASE.  The Government retains the right to review and approve aspects of the Lessor's design.  Such review and approval is intended to identify potential design flaws, to minimize costly misdirection of effort, and to assist the Lessor in its effort to monitor whether such design and construction comply with applicable laws and satisfy all Lease requirements.

3.09    QUALITY AND APPEARANCE OF BUILDING (JUN 2012)

The Building in which the Premises are located shall be designed, built and maintained in good condition and in accordance with the Lease requirements.  If not new or recent construction, the Building shall have undergone by occupancy, modernization, or adaptive reuse for office Space with modern conveniences.  The Building shall be compatible with its surroundings.  Overall, the Building shall project a professional and aesthetically pleasing appearance including an attractive front and entrance way.

3.10    VESTIBULES (APR 2011)

A.      Vestibules shall be provided at public entrances and exits wherever weather conditions and heat loss are important factors for consideration.  In the event of negative air pressure conditions, provisions shall be made for equalizing air pressure.

3.11    MEANS OF EGRESS (JUN 2012)

A.      The Premises and any parking garage areas shall meet the applicable egress requirements in the National Fire Protection Association, Life Safety Code (NFPA 101) or the International Code Council, International Building Code (IBC), (both current as of the award date of this Lease).

B.      The Space shall have unrestrictive access to a minimum of two remote exits on each floor of Government occupancy.

C.      Interlocking or scissor stairs located on the floor(s) where Space is located shall only count as one exit stair.

D.      A fire escape located on the floor(s) where Space is located shall not be counted as an approved exit stair.

E.      Doors shall not be locked in the direction of egress unless equipped with special locking hardware in accordance with requirements of NFPA 101 or the IBC.

3.12    AUTOMATIC FIRE SPRINKLER SYSTEM (JUN 2012)

A.      Any portion of the Premises located below-grade, including parking garage areas, and all areas in a Building referred to as "hazardous areas" (defined in Fire Protection Association (NFPA) 101) that are located within the entire Building (including non-Government areas) shall be protected by an automatic fire sprinkler system or an equivalent level of safety.

B.      For Buildings in which any portion of the Premises is on or above the sixth floor, then, at a minimum, the Building up to and including the highest floor of Government occupancy shall be protected by an automatic fire sprinkler system or an equivalent level of safety.

C.      For Buildings in which any portion of the Premises is on or above the sixth floor, and lease of the Premises will result, either individually or in combination with other Government Leases in the Building, in the Government leasing 35,000 square feet or more ANSI/BOMA Office Area square feet of Space in the Building, then the entire Building shall be protected throughout by an automatic fire sprinkler system or an equivalent level of safety.

D.       Automatic fire sprinkler system(s) shall be installed in accordance with the requirements of NFPA 13, *Standard for the Installation of Sprinkler Systems.*

E.       Automatic fire sprinkler system(s) shall be maintained in accordance with the requirements of NFPA 25, *Standard for the Inspection, Testing, and Maintenance of Water-based Fire Protection Systems* (current as of the award date of this Lease).

F.       "Equivalent level of safety" means an alternative design or system (which may include automatic fire sprinkler systems), based upon fire protection engineering analysis, which achieves a level of safety equal to or greater than that provided by automatic fire sprinkler systems.

### 3.13    FIRE ALARM SYSTEM (JUN 2012)

A.       A Building-wide fire alarm system shall be installed in the entire Building in which any portion of the Premises is located on the 3rd floor or higher.

B.       The fire alarm system shall be installed and maintained in accordance with NFPA 72, *National Fire Alarm and Signaling Code* (current as the award of the Lease).

C.       The fire alarm system shall automatically notify the local fire department, remote station, or UL listed central station.

D.       If the Building's fire alarm control unit is over 25 years old as of the date of award of this Lease, Lessor shall install a new fire alarm system in accordance with the requirements of NFPA 72, National Fire Alarm and Signaling Code (current as of the award of the Lease), prior to Government acceptance and occupancy of the Premises.

### 3.14    ENERGY INDEPENDENCE AND SECURITY ACT (DEC 2011)

A.       The Energy Independence and Security Act (EISA) establishes the following requirements for Government Leases in Buildings that have not earned the ENERGY STAR® Label conferred by the Environmental Protection Agency (EPA) within one year prior to the due date for final proposal revisions ("most recent year").

B.       If this Lease was awarded under any of EISA's Section 435 statutory exceptions, the Lessor shall either:

  1. Earn the ENERGY STAR® Label prior to acceptance of the Space (or not later than one year after the Lease Award Date of a succeeding or superseding Lease); or

  2. Complete energy efficiency and conservation improvements if any, agreed to by Lessor in lieu of earning the ENERGY STAR® Label prior to acceptance of the Space (or not later than one year after the Lease Award Date of a succeeding or superseding Lease).

C.       If this Lease was awarded to a Building to be built or to a Building predominantly vacant at the time of award and unable to earn the ENERGY STAR label during the most recent year due to insufficient occupancy, but was able to demonstrate sufficient evidence of capability to earn the ENERGY STAR label, then Lessor must earn the ENERGY STAR label within 18 months after occupancy by the Government.

### 3.15    ELEVATORS (SIMPLIFIED) (JUN 2012)

A.       The Lessor shall provide suitable passenger and, when required by the Government, freight elevator service to any of the Premises not having ground level access. Service shall be available during the normal hours of operation specified in the in this Lease. However, one passenger and, when required by the Government, one freight elevator shall be available at all times for Government use. When a freight elevator is required by the Government, it shall be accessible to the loading areas. When possible, the Government shall be given 24-hour advance notice if the service is to be interrupted for more than 1-1/2 hours. Normal service interruption shall be scheduled outside of the Government's normal working hours. The Lessor shall also use best efforts to minimize the frequency and duration of unscheduled interruptions.

B.       Code: Elevators shall conform to the current requirements of the American Society of Mechanical Engineers ASME A17.1, Safety Code for Elevators and Escalators (current as of the award date of this Lease). Where provided, elevator-lobby and elevator-machine-room smoke detectors shall activate the Building fire alarm system, provide Phase 1 automatic recall of the elevators, and automatically notify either the local fire department, remote station or UL listed central station. The elevators shall be inspected and maintained in accordance with the current edition of the ASME A17.2, Inspector's Manual for Elevators. Except for the reference to ASME A17.1 in ABAAS, Section F105.2.2, all elevators must meet ABAAS requirements for accessibility in Sections 407, 408, and 409 of ABAAS.

C.       Safety Systems: Elevators shall be equipped with telephones or other two-way emergency communication systems. The system used shall be marked and shall reach an emergency communication location staffed 24 hours per day, 7 days per week.

### 3.16    DEMOLITION  (JUN 2012)

The Lessor shall remove existing abandoned electric, telephone, and data cabling and devices, as well as any other improvements or fixtures in place to accommodate the Government's requirements. Any demolition of existing improvements that is necessary to satisfy the Government's layout shall be done at the Lessor's expense.

### 3.17    ACCESSIBILITY (FEB 2007)

The Building, leased Space, and areas serving the leased Space shall be accessible to persons with disabilities in accordance with the Architectural Barriers Act Accessibility Standard (ABAAS), Appendices C and D to 36 CFR Part 1191 (ABA Chapters 1 and 2, and Chapters 3 through 10). To the extent the standard referenced in the preceding sentence conflicts with local accessibility requirements, the more stringent shall apply.

### 3.18   CEILINGS (SIMPLIFIED) (DEC 2011)

A complete acoustical ceiling system (which includes grid and lay-in tiles or other Building standard ceiling system as approved by the LCO) throughout the Premises and all common areas accessible to Government tenants shall be required. The acoustical ceiling system shall be furnished, installed, and coordinated with Tenant Improvements.

Ceilings shall be at a minimum **9 feet** and **0 inches** and no more than 12 feet, 0 inches measured from floor to the lowest obstruction. Areas with raised flooring shall maintain these ceiling height limitations above the finished raised flooring. Bulkheads and hanging or surface mounted light fixtures which impede traffic ways shall be avoided. Ceilings shall be uniform in color and appearance throughout the leased Space, with no obvious damage to tiles or grid. Ceilings shall have a minimum noise reduction coefficient (NRC) of 0.60 throughout the Government demised area.

Offices and conference rooms shall have mineral and acoustical tile or lay in panels with textured or patterned surface and tegular edges or an equivalent pre-approved by the LCO. Tiles or panels shall contain recycled content. Restrooms shall have plastered or spackled and taped gypsum board.

### 3.19   EXTERIOR AND COMMON AREA DOORS AND HARDWARE (JUN 2012)

A.       Exterior Building doors and doors necessary to the lobbies, common areas, and core areas shall be required. This does not include suite entry or interior doors specific to TIs.

B.       Exterior doors shall be weather tight and shall open outward. Hinges, pivots, and pins shall be installed in a manner which prevents removal when the door is closed and locked. These doors shall have a minimum clear opening of 32" clear wide x 80" high (per leaf). Doors shall be heavy duty, flush, 1) hollow steel construction, 2) solid core wood, or 3) insulated tempered glass. As a minimum requirement, hollow steel doors shall be fully insulated, flush, #16-gauge hollow steel. Solid-core wood doors and hollow steel doors shall be at least 1-3/4 inches thick. Door assemblies shall be of durable finish and shall have an aesthetically pleasing appearance acceptable to the LCO. The opening dimensions and operations shall conform to the governing building, fire safety, accessibility, and energy codes and/or requirements. Properly rated and labeled "fire door assemblies" shall be installed on all fire egress doors.

C.       Exterior doors and all common area doors shall have door handles or door pulls with heavyweight hinges. All doors shall have corresponding doorstops (wall or floor mounted) and silencers. All public use doors and restroom doors shall be equipped with kick plates. All doors shall have automatic door closers. All Building exterior doors shall have locking devices installed to reasonably deter unauthorized entry.

### 3.20   WINDOWS (SIMPLIFIED) (AUG 2011)

All windows shall be weather tight. Operable windows that open shall be equipped with locks. Off-street, ground-level windows and those accessible from fire escapes, adjacent roofs, and other structures that can be opened must be fitted with a sturdy locking device. Windows accessible from fire escapes must be readily operable from the inside of the Building.

### 3.21   PARTITIONS: PERMANENT (JUN 2012)

Permanent partitions shall extend from the structural floor slab to the structural ceiling slab. They shall be provided by the Lessor as part of shell rent as necessary to surround the Space, stairs, corridors, elevator shafts, restrooms, all columns, and janitor closets. They shall have a flame spread rating of 25 or less and a smoke development rating of 50 or less (ASTM E-84). Stairs, elevators, and other floor openings shall be enclosed by partitions and shall have the fire resistance required by the applicable building code, fire code and ordinances adopted by the jurisdiction in which the Building is located (such as the International Building Code, etc.) current as of the award date of this Lease.

### 3.22   INSULATION: THERMAL, ACOUSTIC, AND HVAC (APR 2011)

A.       All insulation products shall contain recovered materials as required by EPA's CPG and related recycled content recommendations.

B.       No insulation installed with this project shall be material manufactured using chlorofluorocarbons (CFCs), nor shall CFCs be used in the installation of the product.

C.       All insulation containing fibrous materials exposed to air flow shall be rated for that exposure or shall be encapsulated.

D.       Insulating properties for all materials shall meet or exceed applicable industry standards. Polystyrene products shall meet American Society for Testing and Materials (ASTM) C578-91.

E.       All insulation shall be low emitting with not greater than .05 ppm formaldehyde emissions.

F.       The maximum flame spread and smoke developed index for insulation shall meet the requirements of the applicable local codes and ordinances (current as of the award date of this Lease) adopted by the jurisdiction in which the Building is located.

### 3.23   PAINTING – SHELL (JUN 2012)

A.    The Lessor shall bear the expense for all painting associated with the Building shell. These areas shall include all common areas. Exterior perimeter walls and interior core walls within the Space shall be spackled and prime painted with low VOC primer. If any Building shell areas are already painted prior to Tenant Improvements, then the Lessor shall repaint, at the Lessor's expense, as necessary during Tenant Improvements.

B.    The costs for cyclical painting requirements as outlined in Section 6 shall be included in the shell rent.

### 3.24    FLOORS AND FLOOR LOAD (JUN 2012)

A.    All adjoining floor areas shall be of a common level not varying more than 1/4 inch over a 10-foot horizontal run in accordance with the American Concrete Institute standards, non-slip, and acceptable to the LCO.

B.    Under-floor surfaces shall be smooth and level. Office areas shall have a minimum live load capacity of 50 pounds per ABOA SF plus 20 pounds per ABOA SF for moveable partitions. Storage areas shall have a minimum live load capacity of 100 pounds per ABOA SF, including moveable partitions. Lessor may be required to provide a report by a registered structural engineer showing the floor load capacity, at the Lessor's expense. Calculations and structural drawings may also be required.

### 3.25    FLOOR COVERING AND PERIMETERS (SIMPLIFIED) (JUN 2012)

A.    Flooring material through Building common areas shall be of quality materials, as approved by the LCO.

B.    The costs for cyclical carpet replacement requirements as outlined in Section 6, shall be included in the shell rent.

### 3.26    MECHANICAL, ELECTRICAL, PLUMBING:  GENERAL (APR 2011)

The Lessor shall provide and operate all Building equipment and systems in accordance with applicable technical publications, manuals, and standard procedures. Mains, lines, and meters for utilities shall be provided by the Lessor. Exposed ducts, piping, and conduits are not permitted in office Space.

### 3.27    ELECTRICAL (SIMPLIFIED) (JUN 2012)

A.    The Lessor shall be responsible for meeting the applicable requirements of local codes and ordinances. When codes conflict, the more stringent standard shall apply.

B.    All power distribution equipment shall be required to handle the actual specified and projected loads and 10 percent spare load capacity. Fuses and circuit breakers shall be plainly marked or labeled to identify circuits or equipment supplied through them.

C.    Convenience outlets shall be installed in accordance with NFPA Standard 70, National Electrical Code, or local code, whichever is more stringent. The Lessor shall provide duplex utility outlets in restrooms, corridors, and dispensing areas.

### 3.28    INTENTIONALLY DELETED

### 3.29    PLUMBING (JUN 2012)

The Lessor shall include the cost of plumbing in common areas. Hot and cold water risers and domestic waste and vent risers, installed and ready for connections that are required for TIs, shall be included in the shell rent.

### 3.30    DRINKING FOUNTAINS (APR 2011)

On each floor of Government-occupied Space, the Lessor shall provide a minimum of two drinking fountains with chilled potable water within 200 feet of travel from any Government-occupied area on the floor. The fountains shall comply with Section F211 of the Architectural Barriers Act Accessibility Standard.

### 3.31    RESTROOMS (JUN 2012)

A.    If this Lease is satisfied by new construction or major alterations, the Lessor shall provide water closets, sinks and urinals on each floor that is partially or fully occupied by the government per the following schedule. The schedule is per floor and based on a density of one person for each 135 ABOA SF of office Space. If major alterations to the restrooms occur during the term of this Lease, the number of fixtures must meet the schedule as part of the major alterations

| ESTIMATED TOTAL NUMBER OF PEOPLE PER FLOOR | | | (WOMEN'S) WATER CLOSETS | (WOMEN'S) SINKS | (MEN'S) WATER CLOSETS | (MEN'S) URINALS | (MEN'S) SINKS |
|---|---|---|---|---|---|---|---|
| 1 | to | 8 | 2 | 1 | 1 | 1 | 1 |
| 9 | to | 24 | 3 | 2 | 2 | 1 | 1 |
| 25 | to | 36 | 3 | 2 | 2 | 1 | 2 |
| 37 | to | 56 | 5 | 3 | 3 | 2 | 2 |
| 57 | to | 75 | 6 | 4 | 4 | 2 | 2 |
| 76 | to | 96 | 6 | 5 | 4 | 2 | 3 |
| 97 | to | 119 | 7 | 5 | 5 | 2 | 3 |
| 120 | to | 134 | 9 | 5 | 6 | 3 | 4 |

| Above 135 | 3/40 | 1/24 | 1/20 | 1/40 | 1/30 |
|-----------|------|------|------|------|------|

B.    If no new construction or major renovation of a restroom is occurring, compliance with local code is sufficient. Separate restroom facilities for men and women shall be provided in accordance with local code or ordinances, on each floor occupied by the Government in the Building. The facilities shall be located so that employees will not be required to travel more than 200 feet, on one floor to reach the restrooms. Each restroom shall have sufficient water closets enclosed with modern stall partitions and doors, urinals (in men's room), and hot (set in accordance with applicable building codes) and cold water. Water closets and urinals shall not be visible when the exterior door is open.

C.    Each main restroom shall contain the following:

1    A mirror and shelf above the lavatory.
2    A toilet paper dispenser in each water closet stall that will hold at least two rolls and allow easy, unrestricted dispensing.
3    A coat hook on the inside face of the door to each water closet stall and on several wall locations by the lavatories.
4    At least one modern paper towel dispenser, soap dispenser, and waste receptacle for every two lavatories.
5    A coin-operated sanitary napkin dispenser in women's restrooms with a waste receptacle in each water closet stall.
6    A disposable toilet seat cover dispenser.
7    A counter area of at least 2 feet, 0 inches in length, exclusive of the lavatories (however, it may be attached to the lavatories) with a mirror above and a ground-fault interrupter-type convenience outlet located adjacent to the counter area. The counter should be installed to minimize pooling or spilling of water at the front edge.
8.    A floor drain.
9.    For new installations and major renovations, restroom partitions shall be made from recovered materials as listed in EPA's CPG.

### 3.32    PLUMBING FIXTURES: WATER CONSERVATION (DEC 2011)

For new installations and whenever plumbing fixtures are being replaced (replacement per floor is required prior to Lease commencement in all instances of nonconformance where the Government occupies the full floor):

A.    Water closets must conform to EPA WaterSense or fixtures with equivalent flush volumes must be utilized.

B.    Urinals must conform to EPA WaterSense or fixtures with equivalent flush volumes must be utilized. Waterless urinals are acceptable.

C.    Faucets must conform to EPA WaterSense or fixtures with equivalent flow rates must be utilized.

Information on EPA WaterSense fixtures can be found at http://www.epa.gov/watersense/.

### 3.33    HEATING, VENTILATION, AND AIR CONDITIONING – SHELL (SIMPLIFIED) (JUN 2012)

Central HVAC systems shall be installed and operational, including, as appropriate, main and branch lines, VAV boxes, dampers, flex ducts, and diffusers, for an open office layout, including all Building common areas. Systems shall be designed with sufficient systems capacity to meet all requirements in this Lease; equipment shall be concealed. Areas having excessive heat gain or heat loss, or affected by solar radiation at different times of the day, shall be independently controlled.

Any ductwork to be reused and/or to remain in place shall be cleaned, tested, and demonstrated to be clean in accordance with the standards set forth by NADCA. The cleaning, testing, and demonstration shall occur immediately prior to Government occupancy to avoid contamination from construction dust and other airborne particulates.

Air filtration shall be provided and maintained with filters having a minimum efficiency rating as determined by ANSI/ASHRAE Standard 52.2. During working hours in periods of heating and cooling, ventilation shall be provided in accordance with the latest edition of ANSI/ASHRAE Standard 62.1. Pre-filters shall have a MERV efficiency of 8. Final filters shall have a MERV efficiency of 13. Restrooms shall be properly exhausted, with a minimum of 10 air changes per hour.

### 3.34    TELECOMMUNICATIONS: DISTRIBUTION AND EQUIPMENT (SIMPLIFIED) (AUG 2011)

A.    Building telecommunication rooms must be completed, operational, and ready for use by Government's telecommunications provider. The telephone closets shall be equipped with deadlocking latch bolt with a minimum throw if ½ inch and include a telephone backboard.

B.    Telecommunications switch rooms, wire closets, and related spaces shall meet applicable Telecommunications Industry Association (TIA), Electronic Industries Alliance (EIA) and NFPA standards. Bonding and grounding shall be in accordance with NFPA Standard 70, NEC National Electrical Code, and other applicable NFPA standards and/or local code requirements.

### 3.35    TELECOMMUNICATIONS: LOCAL EXCHANGE ACCESS (SIMPLIFIED) (JUN 2012)

A.    The Government reserves the right to contract its own telecommunications service in the Space.

B.    The Lessor shall allow the Government's designated telecommunications providers access to utilize existing Building wiring to connect its services to the Government's Space, or, if existing Building wiring is insufficient, the Lessor shall provide access from the point of entry into the Building to the Government's floor Space, subject to any inherent limitations in the pathway involved.

C.    The Lessor shall allow the Government's designated telecommunications providers to affix telecommunications antennas to roof, parapet, or Building envelope (access from the antennas to the leased Space shall be provided) and to affix transmission devices in appropriate common areas so as to allow the use of cellular telephones and other emerging technologies.

3.36    LIGHTING: INTERIOR AND PARKING – SHELL (SIMPLIFIED) (JUN 2012)

A.    Deep cell parabolic louver 2'-0" wide x 4'-0" long fluorescent lighting fixtures (or other Building standard fixtures approved by the LCO) shall be installed in the ceiling grid for an open office plan at the rate of 1 fixture per 80 ABOA sq. ft. The Lessor shall provide occupancy sensors and/or scheduling controls through the building automation system to reduce the hours that the lights are on when the Space is unoccupied and shall provide daylight dimming controls in atriums or within 15 feet of windows where daylight can contribute to energy savings

B.    Such fixtures shall be capable of producing a light level of 50 average maintained foot-candles at working surface height throughout the Space. Tubes shall then be removed to provide 1) 30 foot-candles in portions of work areas other than work surfaces and 2) 1 foot-candle to 10 foot-candles, or minimum levels sufficient for safety, in non-working areas. Exceptions may be approved by the LCO. When the Space is not in use by the Government, interior and exterior lighting, except that essential for safety and security purposes, shall be turned off.

C.    Adequate lighting at entrances/exits, garages, parking lots or other adjacent areas to the Building to discourage crimes against persons shall be provided. Exterior Building lighting must have emergency power backup to provide for safe evacuation of the Building in case of natural disaster, power outage, or criminal/terrorist activity.

3.37    INDOOR AIR QUALITY DURING CONSTRUCTION (JUN 2012)

A.    The Lessor shall provide to the Government material safety data sheets (MSDS) or other appropriate documents upon request, but prior to installation or use for the following products, including but not limited to, adhesives, caulking, sealants, insulating materials, fireproofing or fire stopping materials, paints, carpets, floor and wall patching or leveling materials, lubricants, clear finishes for wood surfaces, janitorial cleaning products, and pest control products.

B.    The LCO may eliminate from consideration products with significant quantities of toxic, flammable, corrosive, or carcinogenic material and products with potential for harmful chemical emissions. Materials used often or in large quantities will receive the greatest amount of review.

C.    All MSDS shall comply with Occupational Safety and Health Administration (OSHA) requirements. The Lessor and its agents shall comply with all recommended measures in the MSDS to protect the health and safety of personnel.

D.    To the greatest extent possible, the Lessor shall sequence the installation of finish materials so that materials that are high emitters of volatile organic compounds (VOCs) are installed and allowed to cure before installing interior finish materials, especially soft materials that are woven, fibrous, or porous in nature, that may adsorb contaminants and release them over time.

E.    Where demolition or construction work occurs adjacent to occupied Space, the Lessor shall erect appropriate barriers (noise, dust, odor, etc.) and take necessary steps to minimize interference with the occupants. This includes maintaining acceptable temperature, humidity, and ventilation in the occupied areas during window removal, window replacement, or similar types of work.

F.    HVAC during Construction: If air handlers are used during construction, the Lessor shall provide filtration media with a Minimum Efficiency Reporting Value (MERV) of eight (8) at each return air grill, as determined by ASHRAE (American Society of Heating, Refrigeration and Air-Conditioning Engineers) (52.2-1999, HVAC Use During Construction). The permanent HVAC system may be used to move both supply and return air during the construction process only if the following conditions are met:

1.    A complete air filtration system with 60 percent efficiency filters is installed and properly maintained;
2.    No permanent diffusers are used;
3.    No plenum type return air system is employed;
4.    The HVAC duct system is adequately sealed to prevent the spread of airborne particulate and other contaminants; and
5.    Following the Building "flush out," all duct systems are vacuumed with portable high-efficiency particulate arrestance (HEPA) vacuums and documented clean in accordance with National Air Duct Cleaners Association (NADCA) specifications.

G.    Flush-Out Procedure:

1.    A final flush-out period of 72 hours minimum is required after installation of all interior finishes and before occupancy of the Space. The Lessor shall ventilate 24 hours a day, with new filtration media at 100% outdoor air (or maximum outdoor air while achieving a relative humidity not greater than 60%).

2.    After the 3-day period the Space may be occupied; however, the flush-out must continue for 30 days using the maximum percentage of outdoor air consistent with achieving thermal comfort and humidity control.

3.    Any deviation from this ventilation plan must be approved by the LCO.

4.    The Lessor is required to provide regularly occupied areas of the Space with new air filtration media before occupancy that provides a Minimum Efficiency Reporting Value (MERV) of 13 or better.

5.    During construction, meet or exceed the recommended design approaches of the Sheet Metal and Air Conditioning National Contractors Association (SMACNA) IAQ Guideline for Occupied Buildings Under Construction, 1995, Chapter 3.

6.    Protect stored onsite and installed absorptive materials from moisture damage.

## SECTION 4    DESIGN, CONSTRUCTION, AND POST AWARD ACTIVITIES

### 4.01    SCHEDULE FOR COMPLETION OF SPACE (SEP 2013)

Design and construction activities for the Space shall commence upon Lease award. The Lessor shall schedule the following activities to achieve timely completion of the work required by this Lease:

A.    Lessor-Provided Design Intent Drawings (DIDs): The Lessor must submit to GSA, as part of the shell cost, complete DIDs conforming to the requirements of this Lease and other Government-supplied information related to the tenant agency's interior build-out requirements not later than 7 Calendar Days following the Lease Award Date, provided that the Government supplies such information and direction as reasonably required for Lessor to timely complete DIDs. The Government (GSA and the tenant agency) shall attend two meetings at the Lessor's request for the purpose of providing information and direction in the development of DIDs. The Lessor should anticipate at least two submissions of DIDs before receiving approval. At the sole discretion of the Government, the Lessor may be required to submit a budget proposal based on the TIs and associated work as shown on the DIDs. This budget proposal shall be completed within 7 Calendar Days of the Government's request.

B.    DIDs. For the purposes of this Lease, DIDs are defined as fully dimensioned drawings of the leased Space that reflect all Lease requirements provided by the Government sufficient for the preparation of construction documents (CDs), including, but not limited to:

    1.    Generic furniture layout, wall, door, and built-in millwork locations;
    2.    Telephone, electrical, and data outlet types and locations;
    3.    Information necessary for calculation of electrical and HVAC loads;
    4.    Work related to security requirements; and
    5.    All finish selections.

C.    Government review and approval of Lessor-provided DIDs: The Government must notify the Lessor of DID approval not later than 14 Calendar Days following submission of DIDs conforming to the requirements of this Lease as supplied by the Government. Should the DIDs not conform to these requirements, the Government must notify the Lessor of such non-conformances within the same period; however, the Lessor shall be responsible for any delay to approval of DIDs occasioned by such non-conformance. The Government's review and approval of the DIDs is limited to conformance to the specific requirements of the Lease as they apply to the Space.

D.    The Lessor's preparation and submission of construction documents (CDs): The Lessor as part of the TI must complete CDs conforming to the approved DIDs not later than 14 Calendar Days following the approval of DIDs. The pricing for this work is included under the A/E fees established under Section 1 of the Lease. If during the preparation of CDs the Lessor becomes aware that any material requirement indicated in the approved DIDs cannot be reasonably achieved, the Lessor shall promptly notify GSA, and shall not proceed with completion of CDs until direction is received from the LCO. The LCO shall provide direction within 14 Calendar Days of such notice, but the Government shall not be responsible for delays to completion of CDs occasioned by such circumstances. For the purpose of this paragraph, a "material requirement" shall mean any requirement necessary for the Government's intended use of the Space as provided for in, or reasonably inferable from, the Lease and the approved DIDs (e.g., number of workstations and required adjacencies).

E.    Government review of CDs: The Government shall have 21 Calendar Days to review CDs before Lessor proceeds to prepare a TI price proposal for the work described in the CDs. At any time during this period of review, the Government shall have the right to require the Lessor to modify the CDs to enforce conformance to Lease requirements and the approved DIDs.

F.    INTENTIONALLY DELETED

G.    INTENTIONALLY DELETED

H.    INTENTIONALLY DELETED

I.    INTENTIONALLY DELETED

J.    Construction of TIs and completion of other required construction work: The Lessor shall complete all work required to prepare the Premises as required in this Lease ready for use not later than 120 Calendar Days following issuance of NTP.

### 4.02    GREEN LEASE SUBMITTALS (SIMPLIFIED) (JUN 2012)

The Lessor shall submit to the LCO:

A.    Product data sheets for floor coverings, paints and wall coverings, ceiling materials, all adhesives, wood products, suite and interior doors, subdividing partitions, wall base, door hardware finishes, window coverings, millwork substrate and millwork finishes, lighting and lighting controls, and insulation to be used within the leased Space. This information must be submitted NO LATER THAN the submission of the DIDs.

B.    Material Safety Data Sheets (MSDS) or other appropriate documents upon request for products listed in the Lease.

C.    Re-use plan required in accordance with the "Existing Fit-out, Salvaged, or Re-used Building Material" paragraph in the Lease.

D.   Any waiver needed when not using materials from the CPG and RMAN lists of acceptable products in accordance with the "Recycled Content Products" paragraph in the Lease.

E.   Radon test results as may be required by the "Radon in Air" and "Radon in Water" in the Lease.

F.   If renewable source power is purchased, documentation within 9 months of occupancy.

#### 4.03   CONSTRUCTION SCHEDULE AND INITIAL CONSTRUCTION MEETING (SIMPLIFIED) (SEPT 2011)

Upon request by the Lease Contracting Officer, the Lessor shall furnish a detailed construction schedule to the Government within five Working Days. The Lessor shall arrange the initial Construction Meeting and shall keep meeting minutes of discussion topics and attendance for this and all subsequent meetings.

#### 4.04   ACCESS PRIOR TO ACCEPTANCE OF SPACE (SIMPLIFIED) (APR 2011)

Subject to the Lessor's permission, which shall not be unreasonably withheld, the Government or its contractors shall have access to the Premises prior to acceptance of the Space to prepare the Space for occupancy.  If the work to be completed by the Government is a prerequisite for the issuance of a Certificate of Occupancy, or its equivalent, the Government shall be entitled to at least 10 Working Days to complete work by its own contractors.

#### 4.05   CONSTRUCTION INSPECTIONS (APR 2011)

A.   The LCO or the LCO's designated technical representative may periodically inspect construction work to review compliance with Lease requirements and approved DIDs.

B.   Periodic reviews, witnessing of tests, and inspections by the Government shall not constitute approval of the Lessor's apparent progress toward meeting the Government's objectives but are intended to discover any information which the LCO may be able to call to the Lessor's attention to prevent costly misdirection of effort.  The Lessor shall remain responsible for designing, constructing, operating, and maintaining the Building in full accordance with the requirements of the Lease.

#### 4.06   ACCEPTANCE OF SPACE AND CERTIFICATE OF OCCUPANCY (SIMPLIFIED) (JAN 2011)

The Government shall accept the Space only if the construction of building shell and TIs conforming to this Lease and the approved DIDs is substantially complete and a certificate of occupancy (or its equivalent) has been issued.  The Space shall be considered substantially complete if the Space may be used for its intended purpose and completion of remaining work will not unreasonably interfere with the Government's enjoyment of the Space.  Acceptance shall be final and binding upon the Government with respect to conformance of the completed TIs to the approved DIDs, with the exception of latent defects or fraud, but shall not relieve the Lessor of any other Lease requirements.

#### 4.07   LEASE TERM COMMENCEMENT DATE AND RENT RECONCILIATION (SIMPLIFIED) (JUN 2012)

At acceptance, the Space shall be measured in accordance with the standards set forth in this Lease to determine the total ABOA SF in the Space, which, together with the CAF established in Exhibit A, GSA Form 1364C, will yield the total Rentable Area of the Premises.  The rent for the Space will be adjusted based on the measured ABOA square footage for the purpose of adjusting the annual rent.  At acceptance, the Lease term shall commence.  The Lease Term Commencement Date, final measurement of the Premises, reconciliation of the annual rent, and amount of Commission Credit, if any, shall be memorialized by Lease Amendment.

#### 4.08   AS-BUILT DRAWINGS (JUN 2012)

Not later than 60 days after the acceptance of the Space, the Lessor, at the Lessor's expense, shall furnish to the Government a complete set of Computer Aided Design (CAD) files of as-built floor plans showing the Space under Lease, as well as corridors, stairways, and core areas.  The plans shall have been generated by a CAD program which is compatible with the latest release of AutoCAD.  The required file extension is ".DWG."  Clean and purged files shall be submitted on CD-ROM.  They shall be labeled with Building name, address, list of drawing(s), date of the drawing(s), and Lessor's architect and architect's phone number.  The Lessor's operator shall demonstrate the submission on GSA equipment, if requested by the LCO.

#### 4.09   SEISMIC RETROFIT (SEP 2012)

The following requirements apply to leases requiring seismic retrofit:

A.   The Lessor shall provide a final construction schedule, all final design and construction documents for the seismic retrofit, including structural calculations, drawings, and specifications to the Government for review and approval prior to the start of construction.  When required by local building code, a geotechnical report shall be made available to the Government.

B.   The Lessor's registered civil or structural engineer shall perform special inspections to meet the requirements of Chapter 17 of the International Building Code (IBC).

C.   For leases requiring seismic retrofit, the space will not be considered substantially complete until a Seismic Form E - Certificate Of Seismic Compliance - Retrofitted Building, certifying that the building meets the Basic Safety Objective of ASCE/SEI 41, executed by a registered civil or structural engineer, has been delivered to the LCO.

## SECTION 5    TENANT IMPROVEMENT COMPONENTS

### 5.01    TENANT IMPROVEMENT REQUIREMENTS (SIMPLIFIED) (JUN 2012)

The TIs shall be designed, constructed, and maintained in accordance with the standards set forth in this Lease.  For pricing, fulfillment of all requirements designated as TIs within this section or designated as TI within the attached Agency Specific Requirements and Security Requirements shall be deemed to be TI costs.

### 5.02    FINISH SELECTIONS (SIMPLIFIED) (JUN 2012)

The Lessor must consult with the Government prior to developing a minimum of three (3) finish options to include coordinated samples of finishes for all interior elements such as paint, wall coverings, base coving, carpet, window treatments, laminates, and flooring.  All samples provided must comply with specifications set forth elsewhere in this Lease.  All required finish option samples must be provided at no additional cost to the Government within 5 Working Days the initial submission of DIDs.  GSA must deliver necessary finish selections to the Lessor within 5 Working Days after receipt of samples.  The finish options must be approved by GSA prior to installation.  The Lessor may not make any substitutions after the finish option is selected.

### 5.03    WINDOW COVERINGS (SIMPLIFIED) (AUG 2011)

All exterior windows shall be equipped with window blinds in new or like new condition, as approved by the Government.

### 5.04    DOORS:  SUITE ENTRY (JUN 2012)

Suite entry doors shall be provided as part of the TIs and shall have a minimum clear opening of 32" wide x 84" high (per leaf).  Doors shall meet the requirements of being a flush, solid core, 1-3/4-inch thick, wood door with a natural wood veneer face or an equivalent pre-approved by the Government.  Hollow core wood doors are not acceptable.  They shall be operable by a single effort; and shall meet the requirement of NFPA 101, Life Safety Code or the International Building Code (current as of the award date of this Lease).  Doors shall be installed in a metal frame assembly which is primed and finished with a low VOC semi-gloss oil-based paint finish with no formaldehyde.

### 5.05    DOORS:  INTERIOR (JUN 2012)

Doors within the Space shall be provided as part of the TIs and shall have a minimum clear opening of 32" wide x 80" high.  Doors shall be flush, solid core, wood with a natural wood veneer face or an equivalent door pre-approved by the LCO.  Hollow core wood doors are not acceptable.  They shall be operable with a single effort, and shall meet the requirements of NFPA 101, Life Safety Code or the International Building Code (current as of the award date of this Lease).  Doors shall be installed in a metal frame assembly which is primed and finished with a low VOC semi-gloss oil-based paint with no formaldehyde.

### 5.06    DOORS:  HARDWARE (JUN 2012)

Doors shall have door handles or door pulls with heavyweight hinges.  The Lessor is encouraged to avoid the use of chrome-plated hardware.  All doors shall have corresponding doorstops (wall- or floor-mounted) and silencers.  All door entrances leading into the Space from public corridors and exterior doors shall have automatic door closers.  Doors designated by the Government shall be equipped with 5-pin, tumbler cylinder locks and strike plates.  All locks shall be master keyed.  Furnish at least two master keys for each lock to the Government.  Any exterior entrance shall have a high security lock, with appropriate key control procedures, as determined by Government specifications.  Hinge pins and hasps shall be secured against unauthorized removal by using spot welds or pinned mounting bolts.  The exterior side of the door shall have a lock guard or astragal to prevent tampering of the latch hardware.  Doors used for egress only shall not have any operable exterior hardware.  All security-locking arrangements on doors used for egress shall comply with requirements of NFPA101or the International Building Code current as of the award date of this Lease.

### 5.07    DOORS:  IDENTIFICATION (JUN 2012)

Door identification shall be installed in approved locations adjacent to office entrances as part of the TIs.  The form of door identification shall be approved by the Government.

### 5.08    PARTITIONS:  SUBDIVIDING (JUN 2012)

A.    Office subdividing partitions shall comply with applicable building codes and local requirements and ordinances and shall be provided as part of the TIs.  Partitioning shall extend from the finished floor to the finished ceiling and shall be designed to provide a minimum sound transmission class (STC) of 40.  Partitioning shall be installed by the Lessor at locations to be determined by the Government as identified in the DIDs.  They shall have a flame spread rating of 25 or less and a smoke development rating of 50 or less (ASTM E-84).

B.    HVAC shall be rebalanced and lighting repositioned, as appropriate, after installation of partitions.

C.    If installed in accordance with the "Automatic Fire Sprinkler System" and "Fire Alarm System" paragraphs, sprinklers and fire alarm notification appliances shall be repositioned as appropriate after installation of partitions to maintain the level of fire protection and life safety.

D.    Partitioning requirements may be satisfied with existing partitions if they meet the Government's standards and layout requirements.

### 5.09    WALL FINISHES (JUN 2012)

LEASE NO. VA261-13-L-0027, PAGE 17       LESSOR: _____ GOVERNMENT: __RN__       GSA FORM L201A (10/12)

If the Government chooses to install a wall coverings, the minimum standard is vinyl-free, chlorine-free, plasticizer-free wall covering with recycled content or bio-based commercial wall covering weighing not less than 13 ounces per square yard or equivalent. If the Government chooses to install a high-performance paint coating, it shall comply with the VOC limits of the Green Seal Standard GS-11.

### 5.10    PAINTING – TI (JUN 2012)

A.    Prior to acceptance, all surfaces within the Space which are designated by GSA for painting shall be newly finished in colors acceptable to the Government.

B.    The Lessor shall provide interior paints and coatings that meet or are equivalent to the following standards for VOC off gassing:
   1. Topcoat paints: Green Seal Standard GS-11, Paints, First Edition, May 20, 1993.
   2. All other architectural coatings, primers, and undercoats: South Coast Air Quality Management District (SCAQMD) Rule 1113, Architectural Coatings, effective January 1, 2004.
   3. Architectural paints, coatings, and primers applied to interior walls and ceilings:
      a.    Flats: 50 grams per litre (g/L).
      b.    Non-flats: 150 g/L.
   4. Anti-corrosive and anti-rust paints applied to interior ferrous metal substrates: 250 g/L.
   5. Clear wood finishes:
      a.    Varnish: 350 g/L.
      b.    Lacquer: 550 g/L.
   6. Floor coatings: 100 g/L
   7. Sealers:
      a.    Waterproofing sealers: 250 g/L.
      b.    Sanding sealers: 275 g/L.
      c.    All other sealers: 200 g/L.
   8. Shellacs:
      a.    Clear: 730 g/L.
      b.    Pigmented: 550 g/L.
   9. Stains: 250 g/L.

C.    Use reprocessed latex paint in accordance with EPA's CPG ( on all painted surfaces where feasible. The type of paint shall be acceptable to the Government.

### 5.11    FLOOR COVERINGS AND PERIMETERS (JUN 2012)

A.    Broadloom carpet or carpet tiles shall meet the requirements set forth in the specifications below. Floor perimeters at partitions shall have wood, rubber, vinyl, or carpet base. Floor covering shall be installed in accordance with manufacturing instructions to lay smoothly and evenly.

B.    The use of existing carpet may be approved by the Government; however, existing carpet shall be repaired, stretched, and cleaned before occupancy and shall meet the static buildup requirement as stated in the specifications below.

C.    Any alternate flooring shall be pre-approved by the Government.

D.    SPECIFICATIONS FOR CARPET TO BE NEWLY INSTALLED OR REPLACED

   1.    Product sustainability and environmental requirements. In order to achieve superior performance in multiple environmental attribute areas, carpet must have third party certification in accordance with ANSI/NSF 140 2007e Sustainable Carpet Assessment Standard at a "Gold" level minimum. Carpet manufacturer must supply certificate as part of the procurement documentation.

   2.    Recycled content: Recycled content is measured by total product weight of pre-consumer and/or post-consumer materials.

   3.    Low emitting materials. The carpet and floor adhesive (for glue-down installations) must meet the Green Label Plus (GLP) and floor adhesive (for direct glue down) requirements of the Carpet and Rug Institute (CRI). GLP number must be provided. Carpet and all installation components including adhesives, sealers, seam welds, and seam sealers must meet the Low Emitting Materials standards as outlined in U.S. Green Building Council LEED criteria. Adhesives must meet VOC content standards per South Coast Air Quality Management District Rule #1168.

   4.    Face fiber content. Face yarn must be 100% nylon fiber. Loop Pile shall be 100% Bulk Continuous Filament (BCF); cut and loop shall be 100% BCF for the loop portion and may be BCF or staple for the cut portion; cut pile carpet shall be staple or BCF.

   5.    Performance requirements for broadloom and modular tile.

Static: Less than or equal to 3.5 kV when tested by AATCC Test Method 134 (Step Test Option)
Flammability: Meets CPSC-FF-1-70, DOC-FF-1-70 Methenamine Tablet Test criteria
Flooring Radiant Panel Test: Meets NFPA Class I or II depending upon occupancy and fire code when tested under ASTM E-648 for glue down installation.
Smoke Density: NBS Smoke Chamber - Less than 450 Flaming Mode when tested under ASTM E-662

   NOTE: Testing must be performed in a NVLAP accredited laboratory.

   6.    Texture Appearance Retention Rating (TARR). Carpet must meet TARR ratings specified below:

| Space Definition | Traffic Classification | TARR Classification |
|---|---|---|
| Private Offices | Moderate | ≥ 3.0 TARR |
| Training, conference, courtrooms, etc. | Heavy | ≥ 3.0 TARR |
| Open Office, cafeteria, corridors, lobbies | Severe | ≥ 3.5 TARR |

The carpet must be evaluated using ASTM D-5252 Hexapod  Drum Test as per the commercial carpet test procedure and the TARR classification determined using ASTM D-7330.

7.   Carpet reclamation.   Reclamation of existing carpet to be determined with potential vendor.  When carpet is replaced, submit certification documentation from the reclamation facility to the LCO.

8.   Warranty.  Submit a copy of the manufacturer's standard warranty to the LCO within the first 60 days of Government occupancy The Government is to be a beneficiary of the terms of this warranty.

## 5.12    HEATING AND AIR CONDITIONING (JUN 2012)

Zone Control.  Provide individual thermostat control for office Space with control areas not to exceed 1,500 ABOA SF.  Interior spaces must be separately zoned.  Specialty occupancies (conference rooms, kitchens, etc.) must have active controls capable of sensing Space use and modulating HVAC system in response to Space demand.  Areas that routinely have extended hours of operation shall be environmentally controlled through dedicated heating and air conditioning equipment.  Special purpose areas (such as photocopy centers, large conference rooms, computer rooms, etc.) with an internal cooling load in excess of 5 tons shall be independently controlled.  Provide concealed package air conditioning equipment to meet localized spot cooling of tenant special equipment.  Portable Space heaters are prohibited.

## 5.13    ELECTRICAL:  DISTRIBUTION (JUN 2012)

A.    All electrical, telephone, and data outlets within the Space shall be installed by the Lessor in accordance with the DIDs.  All electrical outlets shall be installed in accordance with NFPA Standard 70.

B.    All outlets within the Space shall be marked and coded for ease of wire tracing; outlets shall be circuited separately from lighting.  All floor outlets shall be flush with the plane of the finished floor.  Outlet cover colors shall be coordinated with partition finish selections.

C.    The Lessor shall in all cases safely conceal outlets and associated wiring (for electricity, voice, and data) to the workstation(s)  in partitions, ceiling plenums, in recessed floor ducts, under raised flooring, or by use of a method acceptable to the Government.

## 5.14    TELECOMMUNICATIONS:  DISTRIBUTION AND EQUIPMENT (JUN 2012)

Telecommunications floor or wall outlets shall be provided as part of the TIs.  At a minimum, each outlet shall house one 6-pair wire jack for voice and one 4-pair wire jack for data.  The Lessor shall ensure that all outlets and associated wiring, copper, coaxial cable, optical fiber, or other transmission medium used to transmit telecommunications (voice, data, video, Internet, or other emerging technologies) service to the workstation shall be safely concealed under raised floors, in floor ducts, walls, columns, or molding.  All outlets/junction boxes shall be provided with rings and pull strings to facilitate the installation of cable.  Some transmission medium may require special conduit, inner duct, or shielding as specified by the Government.

## 5.15    TELECOMMUNICATIONS:  LOCAL EXCHANGE ACCESS (AUG 2008)

Provide sealed conduit to house the agency telecommunications system when required.

## 5.16    DATA DISTRIBUTION (JUN 2012)

The Lessor shall be responsible for purchasing and installing data cable.  The Lessor shall safely conceal data outlets and the associated wiring used to transmit data to workstations in floor ducts, walls, columns, or below access flooring.  The Lessor shall provide, as part of the TIs, outlets with rings and pull strings to facilitate the installation of the data cable.  When cable consists of multiple runs, the Lessor shall provide ladder type or other acceptable cable trays to prevent Government provided cable coming into contact with suspended ceilings or sprinkler piping.  Cable trays shall form a loop around the perimeter of the Space such that they are within a 30-foot horizontal distance of any single drop.

## 5.17    ELECTRICAL, TELEPHONE, DATA FOR SYSTEMS FURNITURE  (JUN 2012)

A.    The Lessor shall provide as part of the TIs separate data, telephone, and electric junction boxes for the base feed connections to Government provided modular or systems furniture, when such feeds are supplied via wall outlets or floor penetrations.  When overhead feeds are used, junction boxes shall be installed for electrical connections.  Raceways shall be provided throughout the furniture panels to distribute the electrical, telephone, and data cable.  The Lessor shall provide all electrical service wiring and connections to the furniture at designated junction points.  Each electrical junction shall contain an 8-wire feed consisting of 3 general purpose 120-V circuits with 1 neutral and 1 ground wire, and a 120-V isolated ground circuit with 1 neutral and 1 isolated ground wire.  A 20-ampere circuit shall have no more than 8 general purpose receptacles or 4 isolated ground "computer" receptacles.

B.    The Lessor shall be responsible for purchasing data and telecommunications cable.  Said cable shall be installed and connected to systems furniture by the Lessor/contractor with the assistance and/or advice of the Government or computer vendor.  The Lessor shall provide wall mounted data and telephone junction boxes, which shall include rings and pull strings to facilitate the installation of the data and telecommunications cable. When cable consists of multiple runs, the Lessor shall provide ladder-type or other acceptable cable trays to prevent Government provided cable

coming into contact with suspended ceilings or sprinkler piping.  Cable trays shall form a loop around the perimeter of the Space such that they are within a 30-foot horizontal distance of any single drop.  Said cable trays shall provide access to both telecommunications data closets and telephone closets.

C.      The Lessor shall furnish and install suitably sized junction boxes near the "feeding points" of the furniture panels.  All "feeding points" shall be shown on Government approved design intent drawings.  The Lessor shall temporarily cap off the wiring in the junction boxes until the furniture is installed.  The Lessor shall make all connections in the power panel and shall keep the circuit breakers off.  The Lessor shall identify each circuit with the breaker number and shall identify the computer hardware to be connected to it.  The Lessor shall identify each breaker at the panel and identify the devices that it serves.

D.      The Lessor's electrical contractor must connect power poles or base feeds in the junction boxes to the furniture electrical system and test all pre-wired receptacles in the systems furniture.  Other Government contractors will be installing the data cable in the furniture panels for the terminal and printer locations, installing the connectors on the terminal/printer ends of the cable, and continuity testing each cable.  Work shall be coordinated and performed in conjunction with the furniture, telephone, and data cable installers.  Much of this work may occur over a weekend on a schedule that requires flexibility and on-call visits.  The Lessor must coordinate the application of Certification of Occupancy with furniture installation.

### 5.18    LIGHTING:  INTERIOR AND PARKING – TI (SIMPLIFIED) (JUN 2012)

A.      Once the design intent drawings are approved, the Lessor shall design and provide interior lighting yielding a uniform 50 foot-candles at working surface height (30" above the floor).  Any additional fixtures required beyond the ratio stated under the "Lighting: Interior and Parking- Shell (Simplified)" paragraph in this Lease are part of the TIs.

B.      There may be additional requirements for lighting in exterior parking areas, vehicle driveways, pedestrian walkways, and Building perimeter in the Security Requirements attached to this Lease.

## SECTION 6    UTILITIES, SERVICES, AND OBLIGATIONS DURING THE LEASE TERM

### 6.01    PROVISION OF SERVICES, ACCESS, AND NORMAL HOURS (SIMPLIFIED) (JUN 2012)

The Government's normal hours of operations are established as 7:00 AM to 12:00 AM Monday thru Friday and 8:00 AM to 4:30 PM on Saturdays, with the exception of Federal holidays. Services, maintenance, and utilities shall be provided during these hours. The Government shall have access to the Premises and its Appurtenant Areas at all times without additional payment, including the use, during other than normal hours, of necessary services and utilities such as elevators, restrooms, lights, and electric power. Cleaning shall be performed during normal hours.

### 6.02    UTILITIES (APR 2011)
The Lessor is responsible for providing all utilities necessary for base Building and tenant operations as part of the rental consideration.

### 6.03    INTENTIONALLY DELETED

### 6.04    UTILITY CONSUMPTION REPORTING (JUN 2012)

Upon request from the Lease Contracting Officer or Contracting Officer's Representative, the Lessor shall provide regular quarterly reports of the amount of all utilities consumed at the Building in monthly detail for the duration of the Lease. These reports must be provided within 45 days of the end of each quarterly period and shall be in either written or electronic form, as requested by the Government. The reports shall contain the number of actual units consumed. If reports are available detailing only the Government's consumption, then the reports shall be limited solely to the Government's consumption. Additionally, said reports shall indicate, for each utility being reported, the use of the specific utility. For example, electricity consumption shall indicate if it includes heating or air conditioning, and if so, whether just diffusers or diffusers and heating are included in electricity consumption.

### 6.05    HEATING AND AIR CONDITIONING (AUG 2011)

A.        In all office areas, temperatures shall conform to local commercial equivalent temperature levels and operating practices in order to maximize tenant satisfaction. These temperatures shall be maintained throughout the leased Premises and service areas, regardless of outside temperatures, during the hours of operation specified in the Lease. The Lessor shall perform any necessary systems start-up required to meet the commercially equivalent temperature levels prior to the first hour of each day's operation. At all times, humidity shall be maintained below 60% relative humidity.

B.        During nonworking hours, heating temperatures shall be set no higher than 55° Fahrenheit, and air conditioning shall not be provided except as necessary to return Space temperatures to a suitable level for the beginning of working hours. Thermostats shall be secured from manual operation by key or locked cage. A key shall be provided to the Government's designated representative.

C.        Thermal comfort. During all working hours, comply with ASHRAE Standard 55-2004, Thermal Comfort Conditions for Human Occupancy.

D.        Warehouse or garage areas require heating and ventilation only. Cooling of this Space is not required. Temperature of warehouse or garage areas shall be maintained at a minimum of 50° Fahrenheit.

E.        The Lessor shall conduct HVAC system balancing after any HVAC system alterations during the term of the Lease and shall make a reasonable attempt to schedule major construction outside of office hours.

F.        Normal HVAC systems' maintenance shall not disrupt tenant operations.

### 6.06    OVERTIME HVAC USAGE (SIMPLIFIED) (SEPT 2011)

A.        If there is to be a charge for heating or cooling outside of the Building's normal hours, such services shall be provided at the hourly rates set forth in Exhibit A, GSA Form 1364C. Overtime usage services may be ordered by the Government's authorized representative only.

B.        When the cost of service is $3,000 or less, the service may be ordered orally. An invoice shall be submitted to the official placing the order for certification and payment. Orders for services costing more than $3,000 shall be placed using GSA Form 300, Order for Supplies or Services, or other approved service requisition procurement document. An invoice conforming to the requirements of this Lease shall be submitted to the official placing the order for certification and payment.

C.        Failure to submit a proper invoice within 120 days of providing overtime utilities shall constitute a waiver of the Lessor's right to receive any payment for such overtime utilities pursuant to this Lease.

### 6.07    JANITORIAL SERVICES (JUN 2012)

The Lessor shall maintain the Premises and all areas of the Property to which the Government has routine access in a clean condition and shall provide supplies and equipment for the term of the Lease. The following schedule describes the level of services intended. Performance will be based on the LCO's evaluation of results, not the frequency or method of performance.

A.        Daily. Empty trash receptacles. Sweep entrances, lobbies, and corridors. Spot sweep floors, and spot vacuum carpets. Clean drinking fountains. Sweep and damp mop or scrub restrooms. Clean all restroom fixtures, and replenish restroom supplies. Dispose of all trash and garbage generated in or about the Building. Wash inside and out or steam clean cans used for collection of food remnants from snack bars and vending machines. Dust horizontal surfaces that are readily available and visibly require dusting. Spray buff resilient floors in main corridors, entrances, and

lobbies. Clean elevators and escalators. Remove carpet stains. Police sidewalks, parking areas, and driveways. Sweep loading dock areas and platforms. Clean glass entry doors to the Space.

B.      Three times a week. Sweep or vacuum stairs.

C.      Weekly. Damp mop and spray buff all resilient floors in restrooms and health units. Sweep sidewalks, parking areas, and driveways (weather permitting).

D.      Every two weeks. Spray buff resilient floors in secondary corridors, entrance, and lobbies. Damp mop and spray buff hard and resilient floors in office Space.

E.      Monthly. Thoroughly dust furniture. Completely sweep and/or vacuum carpets. Sweep storage Space. Spot clean all wall surfaces within 70 inches of the floor.

F.      Every two months. Damp wipe restroom wastepaper receptacles, stall partitions, doors, window sills, and frames. Shampoo entrance and elevator carpets.

G.      Three times a year. Dust wall surfaces within 70 inches of the floor, vertical surfaces and under surfaces. Clean metal and marble surfaces in lobbies. Wet mop or scrub garages.

H.      Twice a year. Wash all interior and exterior windows and other glass surfaces. Strip and apply four coats of finish to resilient floors in toilets. Strip and refinish main corridors and other heavy traffic areas.

I.      Annually. Wash all venetian blinds, and dust 6 months from washing. Vacuum or dust all surfaces in the Building more than 70 inches from the floor, including light fixtures. Vacuum all draperies in place. Strip and refinish floors in offices and secondary lobbies and corridors. Shampoo carpets in corridors and lobbies. Clean balconies, ledges, courts, areaways, and flat roofs.

J.      Every two years. Shampoo carpets in all offices and other non-public areas.

K.      Every five years. Dry clean or wash (as appropriate) all draperies.

L.      As required. Properly maintain plants and lawns. Provide initial supply, installation, and replacement of light bulbs, tubes, ballasts, and starters. Provide and empty exterior ash cans and clean area of any discarded cigarette butts.

M.      Pest control. Control pests as appropriate, using Integrated Pest Management techniques, as specified in the GSA Environmental Management Integrated Pest Management Technique Guide (E402-1001).

### 6.08    SELECTION OF CLEANING PRODUCTS (APR 2011)

The Lessor shall make careful selection of janitorial cleaning products and equipment to:

A.      Use products that are packaged ecologically;

B.      Use products and equipment considered environmentally beneficial and/or recycled products that are phosphate free, non-corrosive, non-flammable, and fully biodegradable; and,

C.      Minimize the use of harsh chemicals and the release of irritating fumes.

NOTE: Examples of acceptable products may be found at www.gsa.gov/p2products.

### 6.09    SELECTION OF PAPER PRODUCTS (JUN 2012)

The Lessor shall select paper and paper products (e.g., restroom tissue and paper towels) with recycled content conforming to EPA's CPG.

### 6.10    SNOW REMOVAL (APR 2011)

Lessor shall provide snow removal services for the Government on all days for which this Lease has designated normal hours. Lessor shall clear parking lots if the accumulation of snow exceeds two inches. Lessor shall clear sidewalks, walkways and other entrances before accumulation exceeds 1.5 inches. The snow removal shall take place no later than 5:00 AM, without exception. Should accumulation continue throughout the day, the Lessor shall provide such additional snow removal services to prevent accumulation greater than the maximums specified in this paragraph. In addition to snow removal, the Lessor shall keep walkways, sidewalks and parking lots free of ice during the normal hours. The Lessor shall remove excess buildup of sand and/or ice melt to minimize slipping hazards. If the Building entrance(s) has a northern exposure, then Lessor shall take additional measures to protect the safety of pedestrians.

### 6.11    MAINTENANCE AND TESTING OF SYSTEMS (SIMPLIFIED) (JUN 2012)

The Lessor is responsible for the total maintenance and repair of the leased Premises, including the site and private access roads. The Lessor's maintenance responsibility includes initial supply and replacement of all supplies, materials, and equipment necessary for such maintenance. Maintenance, testing, and inspection of appropriate equipment and systems shall be done in accordance with current applicable codes, and inspection certificates shall be displayed as appropriate. Copies of all records in this regard shall be forwarded to the Government's designated representative, upon request, at the Lessor's expense.

6.12    MAINTENANCE OF PROVIDED FINISHES (JUN 2012)

A.      Paint, wall coverings. Lessor shall maintain all wall coverings and high performance paint coatings in "like new" condition for the life of the Lease. All painted surfaces, shall be repainted at the Lessor's expense, including the moving and returning of furnishings, any time during the occupancy by the Government if the paint is peeling or permanently stained, except where damaged due to the negligence of the Government. All work shall be done after normal working hours as defined elsewhere in this Lease. In addition to the foregoing requirement,

   1.     Lessor shall repaint common areas at least every three years.

   2.     Lessor shall perform cyclical repainting of the Space every 5 years of occupancy. This cost, including the moving and returning of furnishings, as well as disassembly and reassembly of systems furniture, shall be at the Lessor's expense.

B.      Carpet and flooring.

   1.     Except when damaged by the Government, the Lessor shall repair or replace flooring at any time during the Lease term when:

      a.    Backing or underlayment is exposed;
      b.    There are noticeable variations in surface color or texture;
      c.    It has curls, upturned edges, or other noticeable variations in texture;
      d.    Tiles are loose; or,
      e.    Tears or tripping hazards are present.

   2.     Notwithstanding the foregoing, the Lessor shall replace all carpet in the Space every 5 years with a product which meets the requirements in the "Floor Coverings and Perimeters" paragraph in this Lease.

   3.     Repair or replacement shall include the moving and returning of furnishings, including disassembly and reassembly of systems furniture, if necessary. Work shall be performed after the normal hours as established elsewhere in this Lease.

6.13    ASBESTOS ABATEMENT (APR 2011)

If asbestos abatement work is to be performed in the Space after occupancy, the Lessor shall submit to the Government the occupant safety plan and a description of the methods of abatement and re-occupancy clearance, in accordance with OSHA, EPA, DOT, state, and local regulations and guidance, at least 4 weeks prior to the abatement work.

6.14    ONSITE LESSOR MANAGEMENT (APR 2011)

The Lessor shall provide an onsite Building superintendent or a locally designated representative available to promptly respond to deficiencies, and immediately address all emergency situations.

6.15    IDENTITY VERIFICATION OF PERSONNEL (SEP 2012)

The Government reserves the right to verify identities of personnel with routine pre-occupancy and/or unaccompanied access to Government space. The Lessor shall comply with the agency personal identity verification procedures below that implement Homeland Security Presidential Directive-12 (HSPD-12), Office of Management and Budget (OMB) guidance M-05-24, and Federal Information Processing Standards Publication (FIPS PUB) Number 201, as amended.

The Lessor shall insert this paragraph in all subcontracts when the subcontractor is required to have physical access to a federally controlled facility or access to a federal information system.
Lessor compliance with sub-paragraphs below will suffice to meet the Lessor's requirements under HSPD-12, OMB M-05-24, and FIPS PUB Number 201.

The Government reserves the right to conduct background checks on Lessor personnel and contractors with routine access to Government leased space.

Upon request, the Lessor will notify the Government whether they will use either the manual process and submit completed fingerprint charts and background investigation forms, or use the electronic process of ID verification, completed through the E-QUIP system. This would be done for each employee of the Lessor, as well as employees of the Lessor's contractors or subcontractors who will provide building operating services requiring routine access to the Government's leased space for a period greater than 6 months. The Government may also require this information for the Lessor's employees, contractors, or subcontractors who will be engaged to perform alterations or emergency repairs in the Government's space.

MANUAL PROCESS

   The Lessor shall provide Form FD 258, Fingerprint Chart (available from the Government Printing Office at http://bookstore.gpo.gov), and Standard Form 85P, Questionnaire for Public Trust Positions, completed by each person and returned to the Lease Contracting Officer (or the contracting officer's designated representative) within 30 days from receipt of the forms.

ELECTRONIC PROCESS

The electronic process will be done through the E-QIP system. The Lessor's contractor/personnel will receive an email along with instructions for completing the Office of Personnel Electronic Questionnaire (e-QIP).

The contractor/personnel will have up to (7) seven business days to login and complete the e-QIP for the background investigation.

The contractor/personnel will be instructed to access the website, and receive on screen instructions which include but is not limited to:

- § How to Log In
- § How to Answer and Create New Golden Questions
- § What Additional Documents to Send
- § To Print and Sign two Signature Forms (Certification That My Answers Are True)
- § To complete the submission process press the "Release /Request Transmit to the Agency" and exit the process
- § Where to Send ;

The Lessor must ensure prompt input, and timely receipt of the following, from their contractor/personnel:

(1)    Two (2) FBI Fingerprint Cards (Form FD-258) or one (1) card produced by a livescan device,
(2)    Certification That My Answers Are True
(3)    Authorization for Release of Information

The Lessor must ensure the contracting officer (or the contracting officer's designated Representative has all of the requested documentation to ensure the completion of the investigation.

Based on the information furnished, the Government will conduct background investigations of the employees. The contracting officer will advise the Lessor in writing if an employee fails the investigation, and, effective immediately, the employee will no longer be allowed to work or be assigned to work in the Government's space.

Throughout the life of the lease, the Lessor shall provide the same data for any new employees, contractors, or subcontractors who will be assigned to the Government's space. In the event the Lessor's contractor or subcontractor is subsequently replaced, the new contractor or subcontractor is not required to submit another set of these forms for employees who were cleared through this process while employed by the former contractor or subcontractor. The Lessor shall resubmit Form FD 258 and Standard Form 85P for every employee covered by this paragraph on a 5 year basis.

### 6.16    SCHEDULE OF PERIODIC SERVICES (JUN 2012)

Within 60 days after occupancy by the Government, the Lessor shall provide the LCO with a detailed written schedule of all periodic services and maintenance to be performed other than daily, weekly, or monthly.

### 6.17    LANDSCAPE MAINTENANCE (APR 2011)

Landscape maintenance shall be performed during the growing season at not less than a weekly cycle and shall consist of watering, weeding, mowing, and policing the area to keep it free of debris. Pruning and fertilization shall be done on an as-needed basis. In addition, dead, dying, or damaged plants shall be replaced.

### 6.18    INTENTIONALLY DELETED

### 6.19    INDOOR AIR QUALITY (JUN 2012)

A.    The Lessor shall control contaminants at the source and/or operate the Space in such a manner that the GSA indicator levels for carbon monoxide (CO), carbon dioxide ($CO_2$), and formaldehyde (HCHO) are not exceeded. The indicator levels for office areas shall be:  CO 9 ppm time weighted average (TWA 8 hour sample); $CO_2$ 1,000 ppm (TWA); HCHO 0.1 ppm (TWA).

B.    The Lessor shall make a reasonable attempt to apply insecticides, paints, glues, adhesives, and HVAC system cleaning compounds with highly volatile or irritating organic compounds, outside of working hours. Except in an emergency, the Lessor shall provide at least 72 hours advance notice to the Government before applying noxious chemicals in occupied spaces and shall adequately ventilate those spaces during and after application.

C.    The Lessor shall promptly investigate indoor air quality (IAQ) complaints and shall implement the necessary controls to address the complaint.

D.    The Government reserves the right to conduct independent IAQ assessments and detailed studies in Space that it occupies, as well as in space serving the Space (e.g., common use areas, mechanical rooms, HVAC systems, etc.). The Lessor shall assist the Government in its assessments and detailed studies by:

1.    Making available information on Building operations and Lessor activities;
2    Providing access to Space for assessment and testing, if required; and
3.    Implementing corrective measures required by the LCO.

E.    The Lessor shall provide to the Government material safety data sheets (MSDS) upon request for the following products prior to their use during the term of the Lease: adhesives, caulking, sealants, insulating materials, fireproofing or firestopping materials, paints, carpets, floor and wall patching or leveling materials, lubricants, clear finish for wood surfaces, janitorial cleaning products, pesticides, rodenticides, and herbicides. The Government reserves the right to review such products used by the Lessor within:

1.    The Space;
2.    Common Building areas;

3.   Ventilation systems and zones serving the leased Space; and
4.   The area above suspended ceilings and engineering space in the same ventilation zone as the leased Space.

F.       Where hazardous gasses or chemicals (any products with data in the Health and Safety section of the MSDS sheets) may be present or used, including large-scale copying and printing rooms, segregate areas with deck-to-deck partitions with separate outside exhausting at a rate of at least 0.5 cubic feet per minute per sq. ft., no air recirculation.   The mechanical system must operate at a negative pressure compared with the surrounding spaces of at least an average of 5 Pa (pascal) (0.02 inches of water gauge) and with a minimum of 1 Pa (0.004 inches of water gauge) when the doors to the rooms are closed.

### 6.20   RADON IN AIR (AUG 2008)

If Space planned for occupancy by the Government is on the second floor above grade or lower, the Lessor shall, prior to occupancy, test the leased Space for 2 days to 3 days using charcoal canisters or electret ion chambers.   The Lessor is responsible to provide Space in which in-air levels are below EPA's action concentration of 4 picoCuries per liter.   After the initial testing, a follow-up test for a minimum of 90 days using alpha track detectors or electret ion chambers shall be completed.   For further information on radon, go to:   http://www.epa.gov/radon/zonemap.html.

### 6.21   RADON IN WATER (JUN 2012)

A.       If the water source is not from a public utility, the Lessor shall demonstrate that water provided to the Premises is in compliance with EPA requirements and shall submit certification to the LCO prior to the Government occupying the Space.

B.       If the EPA action level is reached or exceeded, the Lessor shall institute appropriate abatement methods which reduce the radon levels to below this action.

### 6.22   HAZARDOUS MATERIALS (OCT 1996)

The leased Space shall be free of hazardous materials according to applicable Federal, state, and local environmental regulations.

### 6.23   MOLD (SIMPLIFIED) (SEPT 2011)

A.       Actionable Mold is mold of types and concentrations in excess of that found in the local outdoor air.

B.       The Lessor shall provide Space to the Government that is free from Actionable Mold and free from any conditions that reasonably can be anticipated to permit the growth of Actionable Mold or are indicative of the possibility that Actionable Mold will be present (Indicators).

### 6.24   OCCUPANT EMERGENCY PLANS (APR 2011)

The Lessor is required to cooperate, participate and comply with the development and implementation of the Government's Occupant Emergency Plan (OEP) and if necessary, a supplemental Shelter-in Place (SIP) Plan. Periodically, the Government may request that the Lessor assist in reviewing and revising its OEP and SIP. The Plan, among other things, must include an annual emergency evacuation drill, emergency notification procedures of the Lessor's Building engineer or manager, Building security, local emergency personnel, and Government agency personnel.

## SECTION 7    ADDITIONAL TERMS AND CONDITIONS

#### 7.01    MODIFIED PARAGRAPHS

The following paragraphs have been modified in this Request for Lease Proposal:

> 1.03 RENTAL CONSIDERATION FOR SIMPLIFIED LEASES (JUN 2012)
> 1.05 TERMINATION RIGHTS (SIMPLIFIED) (JUN 2012)
> 4.01 SCHEDULE FOR COMPLETION OF SPACE (SEP 2013)
> 5.08 PARTITIONS: SUBDIVIDING (JUNE 2012)
> 5.16 DATA DISTRIBUTION (JUNE 2012)
> 5.17 ELECTRICAL, TELEPHONE, DATA FOR SYSTEMS FURNITURE (JUNE 2012)

#### 7.02    LABOR STANDARDS (JUN 2012)

The following FAR clauses shall apply to all work performed prior to the Government's acceptance of space as substantially complete.  Full text versions of these clauses are available upon request from the CO.  Full text versions are also available at HTTP://WWW.ACQUISITION.GOV/FAR/.

52.222-4    Contract Work Hours and Safety Standards Act—Overtime Compensation
52.222-6    Davis–Bacon Act
52.222-7    Withholding of Funds
52.222-8    Payrolls and Basic Records
52.222-9    Apprentices and Trainees
52.222-10   Compliance with Copeland Act Requirements
52.222-11   Subcontracts (Labor Standards)
52.222-12   Contract Termination–Debarment
52.222-13   Compliance with Davis–Bacon and Related Act Regulations
52.222-14   Disputes Concerning Labor Standards
52.222-15   Certification of Eligibility

#### 7.03    LCO AND LEASE CONTRACTING OFFICER REFERENCE

Where referenced in this document, "LCO" shall mean "CO" and "Lease Contracting Officer" shall mean Contracting Officer."

#### 7.04    GSA REFERENCE

Where referenced in this document, "GSA" shall sometimes mean "VA."

#### 7.05    TENANT IMPROVEMENTS

If tenant improvement specifications in the Lease differ from the Agency Specific Requirements (ASR), the ASR shall take precedent.

#### 7.06    CONSTRUCTION DOCUMENTS (SEP 2012)

The Lessor's CDs shall include all mechanical, electrical, plumbing, fire protection, life safety, lighting, structural, security, and architectural improvements scheduled for inclusion into the Space.  CDs shall be annotated with all applicable specifications.  CDs shall also clearly identify TIs already in place and the work to be done by the Lessor or others.  Notwithstanding the Government's review of the CDs, the Lessor is solely responsible and liable for their technical accuracy and compliance with all applicable Lease requirements.

| GENERAL SERVICES ADMINISTRATION PUBLIC BUILDINGS SERVICE LEASE AMENDMENT | LEASE AMENDMENT: P00001 TO LEASE NO: VA261-13-L-0027 ADDRESS OF PREMISES: 440 N 1st St, San Jose, CA, 95112 |
|---|---|

THIS AMENDMENT is made and entered into between Scott Layne Goodsell

whose address is: 440 N 1st St, Suite 100, San Jose, CA 95112
hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WHEREAS, the parties hereto desire to amend the above Lease. .

NOW THEREFORE, these parties for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, covenant and agree that the said Lease is amended, effective July 25, 2014 as follows:

1. TENANT IMPROVEMENTS

A. Notice to Proceed (NTP): This lease amendment shall serve as the Notice to Proceed with the Tenant Improvement build out. All restoration rights for initial and subsequent tenant improvements and alterations are waived.

B. Tenant Improvements: The Government approves the $98,000 for change order 1 listed on the attached cost proposal, submitted on 7/14/14, subject to space acceptance. The SOW for the change order is attached reference.

C. Davis Bacon Wage Rate Decision: The attached Davis Bacon Wage Rate Decision shall be used for all construction services. General Decision Number CA140029 07/18/2014 CA29

D. Construction Schedule: The Lessor shall deliver and complete the Tenant Improvement build out by the dates set forth on the master construction schedule.

E. Invoice Instructions: Upon space acceptance, the Lessor shall invoice the Government for the above referenced Tenant Improvements. Invoices must be submitted with the following PO# 640-C49322, prominently displayed on the invoice. In addition, each invoice must have a distinct, unique invoice number. The Lessor shall submit the invoice via email or mail delivery to the Contract Specialist for initial approval and then submit to the VA Austin Payment Center, electronically.

NOTE: This modification represents a complete equitable adjustment for all costs, direct and indirect, associated with the work and time agreed herein, including but not limited to all costs incurred for extended overhead, supervision, disruption or suspension of work, labor inefficiencies and this change's impact on unchanged work. All future alterations must be approved by the Contracting Officer prior to commencement of work. Costs for unapproved work shall be borne by the Lessor.

This Lease Amendment contains 1 pages, not including attachments.

All other terms and conditions of the lease shall remain in force and effect.
IN WITNESS WHEREOF, the parties subscribed their names as of the below date.

FOR THE LESSOR:

Signature:
Name: Scott Goodsell
Title: Lessor
Entity Name:
Date: 25 July 14

FOR THE GOVERNMENT:

Signature:
Name: JP Niega
Title: Contracting Officer
Department of Veteran Affairs
Date: 25 July 14

WITNESSED FOR THE LESSOR BY:

Signature:
Name: William Healy
Title:
Date: 7/25/14

Lease Amendment Form 12/12

| GENERAL SERVICES ADMINISTRATION | LEASE AMENDMENT  P0000ℒ |
|---|---|
| PUBLIC BUILDINGS SERVICE | TO LEASE NO.  VA261-13-L-0027 |
| LEASE AMENDMENT | ADDRESS OF PREMISES: |
| | 440 N 1st St, San Jose, CA, 95112 |

THIS AMENDMENT is made and entered into between Scott Layne Goodsell

whose address is: 440 N 1st St, Suite 100, San Jose, CA 95112
hereinafter called the Lessor, and the **UNITED STATES OF AMERICA**, hereinafter called the Government

**WHEREAS**, the parties hereto desire to amend the above Lease. .

NOW THEREFORE, these parties for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, covenant and agree that the said Lease is amended, effective January 16, 2014 as follows:

1.  TENANT IMPROVEMENTS

A.  Notice to Proceed (NTP): This lease amendment shall serve as the Notice to Proceed with the Tenant Improvement build out. All restoration rights for initial and subsequent tenant improvements and alterations are waived.

B.  Tenant Improvements. The Government approves the $12,000 for change order 2 listed on the attached cost proposal, submitted on 1/13/15, subject to space acceptance. The SOW for the change order is attached reference.

C.  Davis Bacon Wage Rate Decision: The attached Davis Bacon Wage Rate Decision shall be used for all construction services. General Decision Number CA150029 01/02/2015 CA29

D.  Construction Schedule: The Lessor shall deliver and complete the Tenant Improvement build out by the dates set forth on the master construction schedule.

E.  Invoice Instructions. Upon space acceptance, the Lessor shall invoice the Government for the above referenced Tenant Improvements. Invoices must be submitted with the following PO# 640-C49322, prominently displayed on the invoice. In addition, each invoice must have a distinct, unique invoice number. The Lessor shall submit the invoice via email or mail delivery to the Contract Specialist for initial approval and then submit to the VA Austin Payment Center, electronically.

NOTE: This modification represents a complete equitable adjustment for all costs, direct and indirect, associated with the work and time agreed herein, including but not limited to all costs incurred for extended overhead, supervision, disruption or suspension of work, labor inefficiencies and this change's impact on unchanged work. All future alterations must be approved by the Contracting Officer prior to commencement of work. Costs for unapproved work shall be borne by the Lessor.

This Lease Amendment contains 1 pages, not including attachments.

All other terms and conditions of the lease shall remain in force and effect.
IN WITNESS WHEREOF, the parties subscribed their names as of the below date.

FOR THE LESSOR:

| | |
|---|---|
| Signature: | |
| Name: | SCOTT GOODSELL |
| Title: | OWNER |
| Entity Name: | |
| Date: | 1 MAR 15 |

FOR THE GOVERNMENT:

| | |
|---|---|
| Signature: | |
| Name: | JP NIKXA |
| Title: | Contracting Officer |
| | Department of Veteran Affairs |
| Date: | 3/10/15 |

WITNESSED FOR THE LESSOR BY:

| | |
|---|---|
| Signature | |
| Name | William J. Henly |
| Title: | |
| Date | 3/10/15 |

## San Jose Vet Center / Lease No. VA 261-13-L-0027
## TI Change Order (HVAC Control Upgrades)

### Scope of Work:

Per January 8, 2015, VA walkthrough, SJVC desires to have additional thermostat controls installed in an office-by-office temperature control arrangement – i.e, the existing 3 control zones will be expanded to roughly 12 control zones .

Per the accompanying change order from Conditioned Air, additional equipment and installation costs associated with multiple new control zones will be required.

Change Order services include any modifications to HVAC drawings, new thermostats (up to 9), devices, and installation costs. Owner will not charge any fees/costs beyond directly passing through Conditioned Air costs.

### Fixed Price Offer:

$ 12,000.00          (details per accompanying Conditioned Air letter)

# CONDITIONED AIR ASSOCIATES

222 BARNARD AVE. SAN JOSE, CA. 95125 408-291-2220 FX: 408-291-2224 LIC# 445162

## CHANGE ORDER

January 8, 2015

Campeau Goodsell Smith
440 N. 1st Street #100
San Jose, CA 95112
(408) 295-9555 or fax (408) 295-6606
sgoodsell@campeaulaw.com

Conditioned Air Associates Proposes To Furnish And Install The Following:

1) Add on three 4 zone system
2) Add zone dampers and thermostat
3) Start and test

Price of installation $12,000.00

Terms: Payment due upon completion.

Accepted By: _____ Date: _____

Sincerely,

Sales Representative
Richard Read
President
(408) 210-0354

| GENERAL SERVICES ADMINISTRATION<br>PUBLIC BUILDINGS SERVICE<br>LEASE AMENDMENT | LEASE AMENDMENT: P00003<br>TO LEASE NO.: VA261-13-L-0027 |
|---|---|
| | ADDRESS OF PREMISES:<br>440 N 1st St, San Jose, CA, 95112 |

THIS AMENDMENT is made and entered into between Scott Layne Goodsell

whose address is: 440 N 1st St, Suite 100, San Jose, CA 95112
hereinafter called the Lessor, and the **UNITED STATES OF AMERICA**, hereinafter called the Government.

WHEREAS, the parties hereto desire to amend the above Lease.

NOW THEREFORE, these parties for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, covenant and agree that the said Lease is amended, effective <u>January 23, 2014</u> as follows:

1.   TENANT IMPROVEMENTS

A   <u>Notice to Proceed (NTP)</u>:  This lease amendment shall serve as the Notice to Proceed with the Tenant Improvement build out. All restoration rights for initial and subsequent tenant improvements and alterations are waived.

B   <u>Tenant Improvements:</u>  The Government approves the $37,179 for change order 3 listed on the attached cost proposal submitted on 1/22/15, subject to space acceptance. The SOW for the change order is attached reference.

C   <u>Davis Bacon Wage Rate Decision:</u> The attached Davis Bacon Wage Rate Decision shall be used for all construction services. General Decision Number CA150029 01/02/2015 CA29

D   <u>Construction Schedule</u>:  The Lessor shall deliver and complete the Tenant Improvement build out by the dates set forth on the master construction schedule.

E   <u>Invoice Instructions</u>:  Upon space acceptance, the Lessor shall invoice the Government for the above referenced Tenant Improvements. Invoices must be submitted with the following PO# 640-C49322, prominently displayed on the invoice. In addition, each invoice must have a distinct, unique invoice number. The Lessor shall submit the invoice via email or mail delivery to the Contract Specialist for initial approval and then submit to the VA Austin Payment Center, electronically.

NOTE: This modification represents a complete equitable adjustment for all costs, direct and indirect, associated with the work and time agreed herein, including but not limited to all costs incurred for extended overhead, supervision, disruption or suspension of work, labor inefficiencies and this change's impact on unchanged work. All future alterations must be approved by the Contracting Officer prior to commencement of work. Costs for unapproved work shall be borne by the Lessor.

This Lease Amendment contains 1 pages, not including attachments.

All other terms and conditions of the lease shall remain in force and effect.
IN WITNESS WHEREOF, the parties subscribed their names as of the below date.

FOR THE LESSOR:                                          FOR THE GOVERNMENT:

Signature:                                                   Signature:
Name:        /Scott Goodsell                      Name:       JP Nicca
Title:          Owner                                    Title:        Contracting Officer
Entity Name:                                           Department of Veteran Affairs
Date:          1 MAR 15                               Date:         3/10/15

WITNESSED FOR THE LESSOR BY:

Signature:
Name:       William J. Henry
Title:
Date:         3/10/15

## San Jose Vet Center / Lease No. VA 261-13-L-0027
## TI Change Order (Electrical/Title 24 Upgrades)

### Scope of Work:

Effective July 1, 2014, the California Energy Commission has implemented new energy-saving requirements for improvements to commercial buildings (over 10,000 sf). Per the accompanying letter from GT Jordan Electric, additional costs associated with new compliant electrical hardware plus Title 24 certification will be required.

Change Order services include electrical engineering drawings and Title 24 certification costs, new LED 4' fixtures and new LED egress lights, room controllers and occupancy sensors. Owner will absorb any additional labor costs, taxes, overhead and electrical contractor profit charges.

### Fixed Price Offer:

$ 37,179.00            (details per accompanying GT Jordan invoice)

G. T. Jordan Electric, Inc.
963 Chestnut Street
San Jose, Ca 95110

Invoice

|  |  |
|---|---|
| Invoice #: | 00011087 |
| Date: | 1/22/15 |
| Ship Via: | |
| Page: | 1 |

Bill To:                                         Ship To:

Scott Goodsell                          Scott Goodsell
440 N. 1st Street                       440 N. 1st Street
San Jose, CA                            San Jose, CA

| Description | Amount | Tx |
|---|---|---|
| 1.) Provide, install and connect (4) exterior JUNO N5BZSDCB dual function night light and emergency egress lights: (4)@$497.25 each | $1,989.00 | |
| 2.) Purchase (55) LED Ultra-Thin 1x4 Aircraft cable suspended dimming fixtures-(55)LED@$300each, cable/install-(55)@$63each | $19,985.00 | |
| 3.) Room Controllers - new cost | $4,250.00 | |
| 4.) Room controller ceiling occupancy sensors - add cost | $1,975.00 | |
| 5.) Room controller photocells for daylight harvesting - new cost | $1,500.00 | |
| 6.) Room controller dimming switches - add cost | $1,080.00 | |
| 7.) Occupancy sensors power packs for quad receptacles - new cost | $1,400.00 | |
| 8.) Quad receptacles, 1/2 controlled, 1/2 constand hot, - add cost | $1,000.00 | |
| 9.) Drawings - add cost | $1,500.00 | |
| 10.) Title 24 Certification - new cost | $2,500.00 | |

| | | |
|---|---|---|
| | Freight: | $0.00 |
| | Sales Tax: | $0.00 |
| | Total Amount: | $37,179.00 |
| Your Order #:  VA change order | Amount Applied: | $0.00 |
| Shipping Date: | Balance Due: | $37,179.00 |
| Terms:  Net 30 | | |

| GENERAL SERVICES ADMINISTRATION | LEASE AMENDMENT: P00004 |
|---|---|
| PUBLIC BUILDINGS SERVICE | TO LEASE NO: VA261-13-L-0027 |
| LEASE AMENDMENT | ADDRESS OF PREMISES:<br>440 N 1st St, San Jose, CA, 95112 |

THIS AMENDMENT is made and entered into between Scott Layne Goodsell

whose address is: 440 N 1st St, Suite 100, San Jose, CA 95112
hereinafter called the Lessor, and the **UNITED STATES OF AMERICA**, hereinafter called the Government:

**WHEREAS**, the parties hereto desire to amend the above Lease.

NOW THEREFORE, these parties for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, covenant and agree that the said Lease is amended, effective <u>March 11, 2015</u> as follows:

1.  SPACE ACCEPTANCE

    The Premises is considered substantially complete and the Government hereby accepts the space and shall commence rent in accordance with the date of this agreement and the rent schedule below. Acceptance shall be final and binding upon the Government with respect to conformance of the completed TIs, with the exception of items identified on a punch list generated as a result of the inspection, concealed conditions, latent defects, or fraud, but shall not relieve the Lessor of any other Lease requirements. In addition, the following items shall be completed within 90 calendar days of this amendment, weather permitting, after issuance of a temporary occupancy agreement:

    A.  Exterior ADA site work
    B.  Exterior Parking site work

    If the Lessor expects the scheduled work to take longer than 90 days, Lessor shall notify the Contracting Officer in writing and inform the Contracting Officer of the revised completion date no later than 5 calendar days before the 90 calendar day expiration.

This Lease Amendment contains 1 pages, not including attachments.

All other terms and conditions of the lease shall remain in force and effect.
IN WITNESS WHEREOF, the parties subscribed their names as of the below date.

FOR THE LESSOR:

Signature:
Name: SCOTT GOODSELL
Title: OWNER
Entity Name:
Date: 11 MAR 15

FOR THE GOVERNMENT:

Signature:
Name: John Paul Niega
Title: Contracting Officer
Department of Veteran Affairs
Date: 3/11/15

WITNESSED FOR THE LESSOR BY:

Signature:
Name: William J. Healy
Title:
Date: 3/11/15

Lease Amendment Form 12/12

2. REVISED RENT SCHEDULE

The following rent schedule supersedes the schedule listed on paragraph 1.03 of the lease:

| Period | Monthly Rent | Annual Rent | Annual Parking | Total Monthly Rent | Total Annual Rent |
|---|---|---|---|---|---|
| 3/11/15-3/31/15 | $4,812.90 | $4,812.90 | $354.84 | $5,167.74 | $5,167.74 |
| 4/1/15-2/28/16 | $7,460.00 | $82,060.00 | $6,050.00 | $7,342.50 | $88,110.00 |
| 3/1/16-2/28/17 | $7,460.00 | $89,520.00 | $6,600.00 | $8,010.00 | $96,120.00 |
| 3/1/17-2/28/18 | $7,460.00 | $89,520.00 | $6,600.00 | $8,010.00 | $96,120.00 |
| 3/1/18-2/28/19 | $7,460.00 | $89,520.00 | $6,600.00 | $8,010.00 | $96,120.00 |
| 3/1/19-2/28/20 | $7,460.00 | $89,520.00 | $6,600.00 | $8,010.00 | $96,120.00 |
| 3/1/20-2/28/21 | $8,952.00 | $107,424.00 | $7,920.00 | $9,612.00 | $115,344.00 |
| 3/1/21-2/28/22 | $8,952.00 | $107,424.00 | $7,920.00 | $9,612.00 | $115,344.00 |
| 3/1/22-2/28/23 | $8,952.00 | $107,424.00 | $7,920.00 | $9,612.00 | $115,344.00 |
| 3/1/23-2/28/24 | $8,952.00 | $107,424.00 | $7,920.00 | $9,612.00 | $115,344.00 |
| 3/1/24-2/28/25 | $8,952.00 | $107,424.00 | $7,920.00 | $9,612.00 | $115,344.00 |
| 3/1/25-3/10/25 | $2,647.10 | $2,647.10 | $195.16 | $2,842.26 | $2,842.26 |
| | | Total Rent | | | $1,057,320.00 |

NOTE: This modification represents a complete equitable adjustment for all costs, direct and indirect, associated with the work and time agreed herein, including but not limited to all costs incurred for extended overhead, supervision, disruption or suspension of work, labor inefficiencies and this change's impact on unchanged work. All future alterations must be approved by the Contracting Officer prior to commencement of work. Costs for unapproved work shall be borne by the Lessor.

3.

INITIALS: _____ & _____
LESSOR      GOV'T

PUBLIC BUILDINGS SERVICE
LEASE AMENDMENT

LEASE AMENDMENT: P00005
TO LEASE NO: VA261-13-L-0027
ADDRESS OF PREMISES:
440 N 1st St, San Jose, CA 95112

THIS AMENDMENT is made and entered into between Scott Layne Goodsell

whose address is : 440 N 1st St, Ste 100, San Jose, CA 95112
hereinafter called the Lessor, and the UNITED STATES OF AMERICA,
hereinafter called the Government,

WHEREAS, the parties hereto desire to amend the above Lease

NOW THEREFORE these parties for good and valuable consideration, the receipt and
sufficiency of which is hereby acknowledged, covenant and agree that said Lease is
amended, effective February 8, 2016, as follows:

1.    TENANT IMPROVEMENTS

a.    NOTWITHSTANDING the provisions of Section 2.04 WAIVER OF
      RESTORATION (APR 2011), the Government agrees to remove, at the
      Government's own expense and upon the termination of the Lease, that certain
      45' flagpole installed by Government on the Premises, and to restore that
      common area to its pre-installation condition.

FOR THE LESSOR:

Signature
Name: Scott Goodsell
Title:        Lessor

Date:  2/8/16

FOR THE GOVERNMENT:

Signature_____
Name: Jerzy Brozyna
Title:   Contracting Officer
Department of Veteran Affairs
Date:

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that on September 13, 2017, I served a copy of:

**DECLARATION OF SCOTT GOODSELL**
**(San Jose Veterans Center Lease No. VA261-13-L-0027)**

BY MAIL, OR AS OTHERWISE NOTED, by placing a true copy thereof enclosed in a sealed envelope with the U.S. Postal Service on that same day with postage thereon fully prepaid addressed to:

Steven C. Hough, Trial Attorney
Commercial Litigation Branch, Civil Division
United States Department of Justice
P. O. Box 480, Ben Franklin Station
Washington, D.C.  20044

Scott Goodsell