**ORIGINAL**

# United States Court of Federal Claims

No. 17-171 C
Filed: March 13, 2018

---

**SCOTT GOODSELL, pro se**

    *Plaintiff,*

v.

**UNITED STATES OF AMERICA,**

    *Defendant.*

---

**FILED**
MAR 1 3 2018
U.S. COURT OF FEDERAL CLAIMS

### ORDER ON MOTION FOR EXTENSION OF TIME

For good cause shown, defendant's request for an extension of time is GRANTED. The parties shall file their joint report by March 16, 2018.

IT IS SO ORDERED.

_____
Nancy B. Firestone,
Senior Judge, for
Robert H. Hodges, Jr.
Senior Judge