

# United States Court of Federal Claims

No. 17-171 C
Filed: April 24, 2018

---

**SCOTT GOODSELL, pro se**

*Plaintiff,*

v.

**UNITED STATES OF AMERICA,**

*Defendant.*

---

**FILED**

APR 2 4 2018

U.S. COURT OF
FEDERAL CLAIMS

## ORDER

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, the United States requests an order to protect the Government from the depositions noticed by plaintiff for April 2018 in California. The court hereby grants defendant's Motion pending a Status Conference to be held this week.

The court will schedule a telephonic Status Conference with the parties to discuss all pending motions, whereupon a new case schedule will be set. The motions to be discussed are defendant's Motion to Amend the Case Schedule [ECF No. 31] and plaintiff's Motion to Compel [ECF No. 33].

**IT IS SO ORDERED.**

Nancy B. Firestone,
Senior Judge, for
Robert H. Hodges, Jr.
Senior Judge