# United States Court of Federal Claims

No. 17-171 C
Filed: April 26, 2018

---

**SCOTT GOODSELL, pro se**

*Plaintiff,*

v.

**UNITED STATES OF AMERICA,**

*Defendant.*

---

**FILED**
APR 2 6 2018
U.S. COURT OF
FEDERAL CLAIMS

### ORDER

The Clerk is directed to provide plaintiff, for the purposes of this case, with a CM/ECF filing account. Additionally, the Clerk is further directed to convert this case to an electronic case in the court's CM/ECF filing system.

**IT IS SO ORDERED.**

Nancy B. Firestone,
Senior Judge, for
Robert H. Hodges, Jr.
Senior Judge