# United States Court of Federal Claims

No. 17-171 C
Filed: August 10, 2018

| | |
|---|---|
| **SCOTT GOODSELL**, | ) |
| | ) |
|       *Plaintiff,* | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES OF AMERICA**, | ) |
| | ) |
|       *Defendant*. | ) |

## SCHEDULING ORDER

    During a conference call with the court on Monday, the parties discussed their problems with obtaining cooperation from each other regarding discovery and other pretrial activities. We have no choice but to issue a new scheduling order that will accommodate their lack of progress in discovery to date.

    Defendant seeks an additional six months for discovery, which plaintiff opposes. We grant the six-months' extension to February 8, 2019 with the understanding that the parties will press forward with completion of needed discovery in good faith. We do not expect that counsel will need the full six-month period to complete discovery. For example, the trial date currently ordered remains in full force and effect.

    Another matter discussed during the conference was the parties' apparent lack of communication. We discussed circumstances in which an attorney stated that he had not heard a particular comment from the other before that day. We expect maximum cooperation and communication from and between counsel for the balance of this case.

    Defendant's motion for an extension of six months for discovery is **GRANTED**. Counsel understand, however, that they will not require the entire six months for discovery. Trial begins on March 11, 2019.

    **IT IS SO ORDERED.**

s/*Robert H. Hodges, Jr.*
Robert H. Hodges, Jr.
Senior Judge