# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SCOTT GOODSELL,                )
                               )
    Plaintiff         )
                               )
vs                             )
                               )
THE UNITED STATES OF AMERICA,  )   Case No. 17-171C
                               )   Judge: Hon. Robert H. Hodges, Jr.
    Defendant         )
_____)

## NOTICE OF ASSOCIATION OF CO-COUNSEL

PLEASE TAKE NOTICE that Plaintiff SCOTT GOODSELL hereby associates attorney William Healy of Campeau Goodsell Smith, A Law Corporation, 440 N. 1st Street, Suite 100, San Jose, CA 95112, as co-counsel in this matter.

Dated: September 27, 2018

    */s/ Scott Goodsell*
    Scott Goodsell
    440 N. First Street, Suite 100
    San Jose, California  95112
    tel. (408) 295-9555
    fax (408) 295-6606
    sgoodsell@campeaulaw.com
    Plaintiff *pro se*

Dated: September 27, 2018

    CAMPEAU GOODSELL SMITH

    */s/ William J. Healy*
    William J. Healy
    440 N. First Street, Suite 100
    San Jose, California  95112
    tel. (408) 295-9555
    fax (408) 295-6606
    whealy@campeaulaw.com
    Attorneys for Plaintiff