FORM 9A
WRITTEN ASSURANCE

# United States Court of Federal Claims

Scott Goodsell, )
        Plaintiff, )  No. 17-171C
v. ) Judge Hon. Robert H. Hodges, Jr.
THE UNITED STATES, )
        Defendant. )

WRITTEN ASSURANCE

I, William Joseph Healy, declare that:

1. My address is 440 N. 1st St., #100, San Jose, CA 95112, and the address of my present employer is 440 N. 1st St., #100, San Jose, CA 95112.

2. My present occupation or job description is Attorney.

3. My present relationship to plaintiff/defendant(s) is Attorney For Plaintiff & Cross Defendant Scott Goodsell and both attorneys with Campeau Goodsell Smith, L.C.

4. I have received a copy of the Protective Order in this action.

5. I have carefully read and understand the provisions of the Protective Order, agree to be bound by it, and specifically agree I will not use or disclose to anyone any of the contents of any Restricted information received under the protection of the Protective Order.

6. I understand that I am to retain all copies of any of the materials that I receive which have been so designated as Restricted in a container, cabinet, drawer, room, or other safe place in a manner consistent with the Protective Order and that all copies are to remain in my custody until I have completed my assigned or legal duties. I will destroy or return to counsel all Restricted documents and things that come into my possession. I acknowledge that such return or the subsequent destruction of such

materials will not relieve me from any of the continuing obligations imposed upon me by the Protective Order.

I declare under penalty of perjury under the laws of the state where executed that the foregoing is true and correct.

Executed this **9th** day of **October**, 20**18**, in the State of **California**.

/s/ William Joseph Healy
_____
Signature