IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SCOTT GOODSELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-171C |
| | ) | (Senior Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED MOTION TO STAY IN LIGHT OF SETTLEMENT

Defendant, the United States, respectfully moves to stay this case, including the trial currently scheduled to commence on March 11, 2019, in light of the parties' execution of a settlement agreement. Defendant's counsel has discussed this request with plaintiff's counsel, who stated that plaintiff does not oppose this motion.

On February 11, 2019, the parties entered into a settlement agreement to resolve this case. The parties anticipate that they will file a joint stipulation dismissing this action in approximately two months, after they complete their other obligations under the settlement agreement. Accordingly, defendant respectfully requests that the Court stay this case.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/L. Misha Preheim
L. MISHA PREHEIM
Assistant Director

s/Steven C. Hough
STEVEN C. HOUGH
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 507-6030
Facsimile:  (202) 305-7644
steven.c.hough@usdoj.gov

February 11, 2019                                   Attorneys for Defendant